# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

V.

CARLOS GARCIA

**WARRANT FOR ARREST**

FILED by _____ D.C.

SEP 1 9 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

**CASE NUMBER:**

## 00-6273

## CR - HUCK

MAGISTRATE JUDGE
BROWN

**TO:**  **The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ CARLOS GARCIA _____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)  RICO conspiracy, conspiracy to commit murder in aid of racketeering and conspiracy to participate in the use of extortionate means to collect extensions of credit

in violation of Title 18   United States Code, Section(s) 1962(d), 1959(a)(5) & 894(a)(1)

CARLOS JUENKE
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ _Pre-Trial Detention_

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

September 19, 2000 Fort Lauderdale, Florida
Date and Location

by  William P. Dimitrouleas, United States District Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |