UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

61939 004

| UNITED STATES OF AMERICA | |
| --- | --- |
| Plaintiff | CASE NO. |
| v. | |
| _____ _____ _____ | REPORT COMMENCING CRIMINAL ___ |
| Defendant | |

FILED BY _____
MAG. SEC.
OCT 1 0 2000
_____
_____
_____

TO: CLERK'S OFFICE
U.S. DISTRICT COURT
All items indicated are to be completed. Information not applicable or unknown will
be indicated as "N/A".

1. Date and time of arrest: _____

2. Spoken language: ENGLISH, _____

3. Offense(s) charged: Title 18 USC 1962(1) 1956 a(1) ___ 3(i) *

4. U.S. Citizen        [✓] YES        [ ] NO        [ ] UNKNOWN

5. Date of birth: 11 14 19___

6. Type of charging document: (Check One)
   [✓] INDICTMENT          [ ] COMPLAINT TO BE FILED/ALREADY FILED

   CASE NO._____          CASE NO._____

   DISTRICT:_____          (Where warrant or complaint is filed.)

   [ ] BENCH WARRANT FOR FAILURE TO APPEAR

   [ ] PROBATION VIOLATION WARRANT

   [ ] PAROLE VIOLATION WARRANT

   COPY OF WARRANT LEFT WITH BOOKING OFFICER:   [✓] YES   [ ] NO

   AMOUNT OF BOND._____

   WHO SET BOND._____

7. REMARKS: _____
   _____

8. DATE: _____          9. _____
                                      ARRESTING OFFICER

10. AGENCY: _____       11. _____
                                      PHONE NO.

* _____ 1962(1) ___ CONSPIRACY
Title 18 USC 1956(a)(5) _____ _____ _____ _____ _____
Title 18 USC 844(a)(1) _____ _____ _____ _____ _____
_____ _____ _____