koia.                                    UNITED STATES DISTRICT COURT
                                         SOUTHERN DISTRICT OF FLORIDA

                                         CASE NO.   00-6273-CR-HUCK

UNITED STATES OF AMERICA

    Plaintiff,                       **ORDER ON INITIAL APPEARANCE**
                                         Language _English_
                                         Tape No. 00E - 29 - 927
v.                                       AUSA _Edward Stamm_
                                         Agent  FBI-KEVIN RENTEE

CARLOS GARCIA
    Defendant.                       DOB: 11/14/66
_____/                 Reg # 61939-004

FILED OCT 10 2000 CLARENCE MADDOX CLERK U.S. DIST. CT.

    The above-named defendant having been arrested on __10-10-00__ having appeared before the court for initial appearance on __10-10-00__ and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon **ORDERED** as follows:

1. _Arturo Jaquchel_ appeared as permanent/temporary counsel of record.
   Address: _3750 West 16 Ave., # 238, Hialeah, FL_
   Zip Code: _33012_   Telephone: _(305) 826-8171_
2. _____ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on _10-16-00_, 2000.
4. Arraignment/Preliminary/Removal/Identity hearing is set for 10am _10-24-00_, 2000.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _(a) govt request_
   _ A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for 10am _10-16_, 2000.
6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:

_____

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
__a. Surrender all passports and travel document to the Pretrial Services Office.
__b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person; other: _____
_c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
__d. Maintain or actively seek full time gainful employment.



<u>CARLOS GARCIA</u>

__e. Maintain or begin an educational program.
__f. Avoid all contact with victims of or witnesses to the crimes charged.
__g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
__h. Comply with the following curfew: _____
__i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
__j. Comply with the following additional special conditions of this bond:

_____
_____

This bond was set: At Arrest _____
       On Warrant _____
       After Hearing _____

 If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is __
_____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

 **DONE AND ORDERED** at <u>Miami, Florida</u>, this <u>10th</u> day of <u>October</u>, <u>2000</u>.

                  _____
                  **UNITED STATES MAGISTRATE JUDGE**
                  PETER R. PALERMO

c: Assistant U.S. Attorney
 Defendant
 Counsel
 U.S. Marshal
 Pretrial Services/Probation