UNITED STATES OF AMERICA
SOUTHERN DISTRICT COURT

CASE NO. 00-6273 CR Huck

UNITED STATES OF AMERICA,

v.

**NOTICE OF TEMPORARY APPEARANCE AS COUNSEL**

Carlos Garcia

FILED by _____ D.C.
OCT 10 2000

COMES NOW __Arturo Taquechel__ and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any **personal surety bond** which may be set.

Counsel's Name (Printed) __Arturo Taquechel__

Counsel's Signature _____

Address __3750 W. 16 Ave #238__
__Hialeah Fl.__    ZIP CODE: __33012__

Telephone __(305) 836-8171__

