UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

v.                                    **ORDER ON BOND MOTION**
                                      **STIPULATED**

CARLOS GARCIA

      This Cause came before the Court upon motion of the (defendant)(government) to (reduce)(increase)(modify) the bond. Upon consideration, it is

    **ORDERED AND ADJUDGED** as follows:
\_\_\_\_\_ The motion is **denied**; bond remains at _____
The motion is **granted**; bond is set at:

\_\_\_\_ Personal Surety, unsecured, in the amount of
                                            $_____

\_\_\_\_ Personal Surety in the amount of $_____
with 10% posted with Clerk of Court.
\_\_\_\_ Personal Surety in the amount of $_____
secured by the following collateral: _____

\_\_\_\_ Full Cash in the amount of $_____
\_X\_ Corporate Surety in the amount of $250,000 WITH NEBBIA
\_\_\_\_ Full Cash or Corporate Surety in the amount of
            $_____In addition
to the standard conditions of bond, the following special conditions are hereby imposed:
\_ SURRENDER ALL PASSPORTS & TRAVEL DOCUMENTS TO PRETRIAL SERVICES.
\_ REPORT TO PRETRIAL SERVICES AS FOLLOWS:_____
\_ SUBMIT TO RANDOM URINE TESTING BY PRETRIAL SERVICES FOR THE USE OF NON-PHYSICIAN-PRESCRIBED SUBSTANCES PROHIBITED BY LAW. \_ MAINTAIN OR ACTIVELY SEEK FULL-TIME EMPLOYMENT.
\_ MAINTAIN OR BEGIN AN EDUCATIONAL PROGRAM.
\_ AVOID ALL CONTACT WITH VICTIMS OF OR WITNESSES TO THE CRIMES CHARGED.
\_ REFRAIN FROM POSSESSING A FIREARM, DESTRUCTIVE DEVICE OR OTHER DANGEROUS WEAPON.
\_ COMPLY WITH THE FOLLOWING ADDITIONAL SPECIAL CONDITIONS OF THIS BOND:_____

_____If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is:_____
**DONE AND ORDERED** at Miami, Florida this 16 day of OCTOBER 2000.

_____
00G-81-925                                UNITED STATES MAGISTRATE JUDGE
Defense Counsel, Ausa                     WILLIAM C. TURNOFF
Pretrial Services, U.S.Marshal