UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __00-6273-CR-HUCK__

UNITED STATES OF AMERICA

vs.

**ORDER ON HEARING TO REPORT RE COUNSEL**

CARLOS GARCIA

   The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

   _____  Private counsel _____
   appeared in open court and is noted as permanent counsel of record.

   _____  The defendant requested Court appointed counsel, was found eligible, and counsel will be appointed by separate order.

   _____  The defendant requested Court appointed counsel but was found ineligible, and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

   __X__  The defendant requested further time to retain counsel and shall appear before the Court on __OCTOBER 19, 2000__ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

   **DONE AND ORDERED** at Miami, Florida this __16__ day of __OCTOBER__, 2000.

TAPE NO. 00G81-925

UNITED STATES MAGISTRATE JUDGE
WILLIAM C. TURNOFF

c. Defense Counsel
   Pretrial Services or Probation
   U.S. Marshal
   AUSA