UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

vs.

CARLOS GARCIA

**ORDER ON HEARING TO REPORT RE COUNSEL**

FILED by MAG. SEC. _____ D.C.
OCT 2 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

_____ Private counsel _____
appeared in open court and is noted as permanent counsel of record.

___✓___ The defendant requested Court appointed counsel, was found eligible, and counsel will be appointed by separate order. Albert Levin

_____ The defendant requested Court appointed counsel but was found ineligible, and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

_____ The defendant requested further time to retain counsel and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

**DONE AND ORDERED** at Miami, Florida this ___19th___ day of OCTOBER _____, 2000.

Arraignment is Reset to 10/30/00 @ 10AM

TAPE NO. 00G- 84-2906

UNITED STATES MAGISTRATE JUDGE
WILLIAM C. TURNOFF

c. Defense Counsel
   Pretrial Services or Probation
   U.S. Marshal
   AUSA