AO 442 (Rev. 12/85) Warrant for Arrest  AUSA Jeffrey H. Sloman  FBI S/A Kevin Rentzel (954) 545-1966

## United States District Court

SOUTHERN DISTRICT OF FLORIDA  508288

UNITED STATES OF AMERICA

V.

CARLOS GARCIA

**WARRANT FOR ARREST**

CASE NUMBER: **00-6273**

**CR - HUCK**

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  CARLOS GARCIA
Name

MAGISTRATE JUDGE
BROWN

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) RICO conspiracy, conspiracy to commit murder in aid of racketeering and conspiracy to participate in the use of extortionate means to collect extensions of credit

in violation of Title 18 United States Code, Section(s) 1962(d), 1959(a)(5) & 894(a)(1)

CARLOS JUENKE
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

Signature of Issuing Officer

September 19, 2000 Fort Lauderdale, Florida
Date and Location

Bail fixed at $ Pre-Trial Detention
by William P. Dimitrouleas, United States District Judge
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above defendant at
Miami, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9/19/00 | James A. Tassone<br>United States Marshal<br>Southern District of Florida | |
| DATE OF ARREST<br>10/10/00 | | Edward Purchase, SDUSM |