```
FILED by _____ D.C.
MAG. SEC.
OCT 2 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

vs.

CARLOS GARCIA
        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : 61939-004

Language: ENGLISH

The above-named Defendant appeared before **Magistrate Judge TURNOFF**. The Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:

Address: _____

_____

Tel. No: _____

Defense Counsel:  Name : Albert Levin

Address: 1101 Brickell Ave Ste 1807
Miami FL 33131

Tel. No: 305-379-7101

Bond Set/Continued:  $ 250,000CSB

Dated this 19th day of OCTOBER, 2000.

CLARENCE MADDOX, CLERK

BY_____PATRICIA MITCHELL
      Deputy Clerk

c: U.S. Attorney
   Defense Counsel
   Pretrial Services

TAPE NO. 00G-85-1946
DIGITAL START NO._____