

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

Jeffrey H. Sloman
Assistant United States Attorney

500 East Broward Boulevard, 7th Floor
Fort Lauderdale, FL 33394
Tel. No. (954) 356-7255
Fax No. (954) 356-7230



FILED by _____ D.C.

OCT 2 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

October 24, 2000

United States Marshals' Service
301 North Miami Avenue
Miami, Florida 33128

Re: <u>United States v. Trentacosta, et al., 00-6273-Cr-Huck</u>

Dear U.S. Marshal:

Please authorize Jeffrey H. Sloman and Lawrence D. LaVecchio from the United States Attorneys' Office and/or their representatives from the Federal Bureau of Investigation to bring audio playing equipment into the courthouse on October 25, 2000 through the duration of the scheduled hearing in the above-mentioned matter. Should you have any questions, please call the undersigned at (954) 356-7392, extension 3576.

Very truly yours,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
JEFFREY H. SLOMAN
Assistant United States Attorney

APPROVED: _____
Paul C. Huck
United States District Judge

DATE: Oct. 24, 2000