UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



NOV 9 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,

                                               CASE NO.00-6273-CR-HUCK

           Plaintiff,

vs.

CARLOS GARCIA,

           Defendant.
_____/

### NOTICE FOR CHANGE OF ADDRESS

NOTICE is hereby given that Albert Z. Levin has relocated his offices to the following address:

        LAW OFFICES OF ALBERT Z. LEVIN, P.A.
        888 BRICKELL AVENUE
        SIXTH FLOOR
        MIAMI, FLORIDA 33131
        TELEPHONE: (305) 379-7101
        FAX NUMBER: (305) 372-0052

Please forward all future pleadings, communications, documents, etc., to the above mentioned address.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by telefacsimile this __26th__ day of October, 2000 to Jeff Sloman, Esquire,



NON-COMPLIANCE OF S.D. fla. L.R. 5.1A

USA VS. CARLOS GARCIA
CASE NO.:00-6273-CR-HUCK

Assistant United States Attorney, 99 N.E. 4th Street, Miami, Florida 33132.

Respectfully submitted,

**LAW OFFICE OF ALBERT Z. LEVIN P.A.**
888 Brickell Avenue
Sixth Floor
Miami, Florida 33131
(305) 379-7101

By: _____
**ALBERT Z. LEVIN**
**Florida Bar No.: 316581**