kodtn.	UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA

    Plaintiff,

vs.	ORDER

CARLOS GARCIA

    Defendant.

_____

Pursuant to the Bail Reform Act, a detention hearing was held this date in accordance with 18 U.S.C. Section 3142(f). At the conclusion of the evidentiary hearing, the findings of fact and conclusions of law required by the Act were dictated into the record. It is thereupon

**ORDERED AND ADJUDGED** as follows:

1. The Defendant __above named__ shall be detained pending trial in this case for the reasons stated on the record by the Court. The Defendant was found to be a __danger to the community__.

2. A final Order of Detention memorializing the dictated findings and conclusions shall be entered forthwith.

**DONE AND ORDERED** in Miami, Florida this __9__ day of __November__, 2000.

TAPE NO.00C- 82-2061
    83-2678-end
    84-1

UNITED STATES MAGISTRATE JUDGE
BARRY L. GARBER

c: AUSA
   Defense Counsel
   Pretrial Services
   U.S. Marshal

Jeff Sloman AUSA
L. LaVecchio, AUSA
Albert Levin, Esq.