# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA



FILED by _JT_ D.C.
FEB 0 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### HONORABLE
### PAUL C. HUCK

================================================================

CASE NO. **00-6273-CR**          DATE **2-5-2001**

CLERK **Valerie Thompkins**     REPORTER **LARRY HERR**

USPO _____        INTERPRETER _____

UNITED STATES OF AMERICA vs. **ANTHONY TRENTACOSTA et al.,**

AUSA **JEFFREY SLOMAN & LAWRENCE LAVECCHIO**     DEFENSE CSL. **ALL COUNSEL OF RECORD**

Defendant(s) Present ____ Not Present **XX** In Custody _____

TYPE OF HEARING **SPECIAL STATUS CONFERENCE**

RESULT OF HEARING **COURT GRANT'S DEFENDANT'S MOTION'S FOR EXTENSION OF TIME FILE ATTY RICHARD HOULIHAN TO FILE ORDER WITHIN 5 DAYS. JUDGE BROWN TO HEAR PENDING MOTION ON DEFENDANT CJA MOTION FEE'S. COUNSEL TO FILE A STATUS REPORT TO THE COURT WITHIN 10 DAYS RE: TRIAL DATE AND THERE AVAILABILITY.**

================================================================

### NEW DATES SET BY COURT

Defense P/T/Motions _____     Trial Date _____

Govt. Resp to P/T/Motions _____  Further S/C _____

Change of Plea _____

