CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED by _VT_ D.C.

MAR 0 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

HONORABLE _Paul C Huck_

=================================================

CASE NO. _00-6273-CR_   DATE _3-6-01_

CLERK   _Valerie Thompkins_   REPORTER _Larry Herr_

USPO _____   INTERPRETER _____

UNITED STATES OF AMERICA   vs. _Anthony Trenta-costa et Al_

AUSA _Lawrence La Vecchio_   DEFENSE CSL. _Richard Houlihan_

_____

Defendant(s) Present_____ Not Present _X_ In Custody_____

TYPE OF HEARING _Special Status Conference_

RESULT OF HEARING _Defense Oral Penas_
_Motion to Continue Trial_
_is hereby Granted_

=================================================

NEW DATES SET BY COURT

Defense P/T/Motions _Cut-off 3-30-01_   Trial Date _11-19-01_

Govt. Resp to P/T/Motions_____   Further ~~and~~ _Calendar Call 11-14-01_

Change of Plea _____

[ ] The Court finds that the time between now and the time of
trial, to wit: _3-6-01_ thru _11-30-01_ to be excludable
pursuant to the Speedy Trial Act.

