|  |  |
|---|---|
|  | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA |
| UNITED STATES OF AMERICA,<br>              Plaintiff,<br>vs.<br>ANTHONY TRENTACOSTA,<br>FRANCIS RUGGIERO,<br>ARIEL HERNANDEZ,<br>ADAM SILVERMAN,<br>CHARLES MONICO,<br>ANTHONY BANKS,<br>FREDERICK MASSARO,<br>CARLOS GARCIA,<br>              Defendants.<br>_____/ | CASE NO. 00-6273-CR-HUCK<br><br>NOTICE OF HEARING<br><br>  |

PLEASE TAKE NOTICE that the above-entitled cause has been scheduled for a special status hearing on Thursday, October 04, 2001, at 4:30 p.m., before the Honorable PAUL C. HUCK, United States District Judge, at Federal Justice Building, 99 NE 4th Street, 10th Floor, Courtroom #6, Miami, Florida.

Dated: September 04, 2001

CLARENCE MADDOX, CLERK

By: _____
Valerie Thompkins,
Deputy Clerk

cc: all counsel of record