UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## COURTROOM MINUTES

The Honorable _Paul C. Huck_, Presiding

FILED by ___ D.C.
OCT 04 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

Date _10-4-2001_   Case No. _00-6273 CH_

United States of America

-vs-

Anthony Trentacosta et. Al

Type of hearing _Status Conference_

Plaintiff's Counsel _Lawrence LaVecchio_

Defendant's Counsel _Stephen Rosen, (All other counsel present)_

Deputy Clerk _Valerie Thrift_   Court Reporter _Larry Herr_

Status Hearing Held