UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                CASE NO. 00-6273-CR-HUCK

       Plaintiff,

vs.                                      NOTICE OF HEARING

FRANCIS RUGGIERO,
CARLOS GARCIA,
CHARLES MONICO,
ANTHONY BANKS,

       Defendant.
_____/

FILED by ___ D.C.
OCT 11 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

    PLEASE TAKE NOTICE that the above-entitled cause has been scheduled for a change of plea hearing on **Thursday, November 01, 2001, at 4:30 p.m.**, before the Honorable PAUL C. HUCK, United States District Judge, at Federal Justice Building, 99 NE 4th Street, 10th Floor, Courtroom #6, Miami, Florida.

    Dated: October 11, 2001

CLARENCE MADDOX, CLERK

By: _____
    Valerie Thompkins,
    Deputy Clerk

cc: Lawrence LaCecchio, AUSA
    Samuel DeLuca, Esq.
    Albert Levin, Esq.
    Thomas Almon, Esq.
    Manuel Gonzalez, Esq.
    U.S. Probation Office
    U.S. Marshals Service
    Pre-Trial Services