JHS:hkp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA )
)
PLAINTIFF, )
)
v. )
)
ANTHONY TRENTACOSTA, et al )
)
DEFENDANTS. )
_____)

FILED by ___ D.C.
OCT 2 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

ORDER TO BRING
ELECTRONIC EQUIPMENT INTO COURTROOM

THIS MATTER having come before the Court upon the Government's Motion to Bring Electronic Equipment into the Courtroom, and this Court being fully advised in the premises, it is hereby

ORDERED and ADJUDGED that said motion is granted and employees of the United States Attorney's Office and/or the Federal Bureau Of Investigation, are hereby authorized to install audiotape and video equipment in the courtroom at the U.S. District Courthouse in Miami for use in connection with the above-styled cause.

DONE and ORDERED at _Miami_, Florida this _18_ day of October, 2001.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

