

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

---

Jeffrey H. Sloman
*Assistant United States Attorney*

500 East Broward Boulevard, 7*th* Floor
Fort Lauderdale, FL 33394
Tel. No. (954) 356-7255
Fax No. (954) 356-7230

FILED by _____ D.C.
OCT 2 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

October 18, 2001

United States Marshals' Service
301 North Miami Avenue
Miami, Florida 33132

Re: <u>United States v. Anthony Trentacosta et al., 00-6273-CR-Huck</u>

Dear U.S. Marshal:

Please authorize Raymond Schafer and/or representatives from the United States Attorneys' Office to bring audio and visual equipment into the courtroom of the Honorable Paul C. Huck located at 99 NE Fourth Street for the above-mentioned matter which is scheduled to begin on November 19, 2001. Mr. Schafer and/or representatives from United States Attorneys' Office are working with AUSAs Jeffrey H. Sloman and Lawrence Lavecchio. The above-mentioned individuals will need access to the courtroom prior to the commencement of the trial in order to set up the equipment. Should you have any questions, please call AUSA Jeffrey H. Sloman at (954) 356-7392, extension 3576.

Very truly yours,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
JEFFREY H. SLOMAN
Assistant United States Attorney

DATE: October 19, 2001

APPROVED: _____
Paul C. Huck
United States District Judge

