FILED by _V_ D.C.

NOV 0 2 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE #

*OO-6273-cr*

UNITED STATES OF AMERICA

vs.

*Carlos Garcia*

## CHANGE OF PLEA

On *11-1-2001* the above named defendant appeared in person before the Honorable *Paul C Huck*, United States District Judge/Magistrate, with *Albert Levin*, counsel appointed by the Court/retained by the defendant, and said defendant stated in open court that he/she desired to withdraw the plea of not guilty to Count(s)__ *20*, of the Indictment/Information.

After the defendant was duly sworn, the Court made inquiry as to guilty. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged. Whereupon:

( ) The Court proceeded to pronounce sentence. (See J&C)

(X) The Court postponed sentencing until *1-25-02* *@ 3:30 p.*

( ) The defendant being allowed to remain on bond until sentencing.

( ) The defendant being remanded to the custody of the Marshal until a _____ bond in the amount of $_____ is approved and posted.

(X) The defendant being remanded to the custody of the Marshal awaiting sentencing.

The U.S. Attorney announced Count(s) _____ would be dismissed on the government's motion at sentencing.

Judge *Paul C Huck*

Reporter *Larry Herr*

Courtroom Deputy *Valerie Thupps*