**FINAL EXHIBIT LIST**

**UNITED STATES v. ANTHONY TRENTACOSTA, ET AL.**

**Case No. 00-6273-CR-HUCK/BROWN**

PAGE 1 OF 46
December 13, 2001

FILED by ___ D.C.

DEC 14 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

| EXHIBIT NO. | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|
| 2 | ✓ | 3/28/99 Advise of rights Ariel Hernandez given by Detective Frank Ilarraza @10:55 am |
| 3 | ✓ | 3/28/99 Consent to search 253 NE 172nd St #203, Sunny Isles Beach, FL 33160 signed by Tammy Bubel 7:15 pm |
| 4 | ✓ | 3/28/99 Consent to search 253 NE 172nd St #203, Sunny Isles Beach, FL 33160 signed by Ariel Hernandez @ 7:09 pm. Witnessed by Detective Michael Kallman, S/A Grover and S/A Feisthammel |
| 5 A-E | ✓ | 3/20/99 AT & T Wireless Services subscriber activity for (954) 224-7512 - call date, call time, # dialed w/map of cell sites. |
| 8 | ✓ | 3/28/99 Florida drivers license issued 3/23/99 to "Richard Martinez" with Ariel Hernandez's photograph rec'd at Tammy Bubel's apartment |
| | | **Counts 2-16** |
| 9 | ✓ | 3/28/99 Consent to search 253 NE 172nd St #203, Sunny Isles Beach, FL 33160 signed by Tammy Bubel and Ariel Hernandez 10:10 am |
| 10 | ✓ | 3/27/99 Tape recording - A. Hernandez and Det. Ilarraza |
| 11 | ✓ | 3/27/99 Transcript - A. Hernandez and Det. Ilarraza |
| 12A | ✓ | Redacted 3/28/99 Taped statement of A. Hernandez |
| 13A | ✓ | Redacted 3/28/99 Transcript of taped statement of A. Hernandez |
| 14 | ✓ | 4/1/99 Taped statement of F. Massaro |



**FINAL EXHIBIT LIST**

**UNITED STATES v. ANTHONY TRENTACOSTA, ET AL.**

**Case No. 00-6273-CR-HUCK/BROWN**

PAGE 2 OF 46

December 13, 2001

| EXHIBIT NO. | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|
| 15 | ✓ | 4/1/99 Transcript of taped statement of F. Massaro |
| 17 | ✓ | 3/19/99 Original check made payable to Office Depot $399.91 (USA Insurance Brokers, Inc.) "Ariel A. Hernandez" #778899, Store #0127 |
| 18 | ✓ | 3/9/99 Original check made payable to Office Depot $411.20 (Premium Ins. Underwriters, Inc.) "Ariel A. Hernandez" #259489, Store #0127 |
| 19 | ✓ | 3/15/99 Original check made payable to Office Depot $396.16 (USA Ins. Brokers, Inc.) "Ariel A. Hernandez" #778896, Store #0189 |
| 20 | ✓ | 3/14/98 (actually 99) Original check made payable to Office Depot $362.08 (Hernandez Creative Group) "Ariel  Hernandez" #88523, Store #0189 |
| 21 | ✓ | 3/9/99 Original check made payable to Office Depot $348.05   (Pro Premium Finance Co. Inc.) "Ariel A. Hernandez" #620340, Store #0189 |
| 22 | ✓ | 3/5/99 Original check made payable to Office Depot $63.48 (AVW Inc.)  "Ariel A. Hernandez" #11021, Store #0127 |
| 23 | ✓ | 2/25/99 Original check made payable to Office Depot $354.01 (AVW. Inc.) "Ariel A. Hernandez" #11018, Store #0046 |
| 24 | ✓ | 2/25/99 (actually 99) Original check made payable to Ross $267.29 (RBM Management Corp.) "Ariel A. Hernandez" #2329 |

**FINAL EXHIBIT LIST**

**UNITED STATES v. ANTHONY TRENTACOSTA, ET AL.**

**Case No. 00-6273-CR-HUCK/BROWN**

PAGE 3 OF 46
December 13, 2001

| EXHIBIT NO. | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|
| 25 | ✔ | 3/15/99 "Original check made payable to Office Depot $458.30 (Arrow Ins. Brokers Inc.) "Ariel A. Hernandez" #223311, Store #0189 |
| 26 | ✔ | Location photograph of Beachside Marios |
| 27 | ✔ | Location photograph of Thee Dollhouse |
| 28 | ✔ | Location photograph of Check Cashing Unlimited II |
| 30 | ✔ | 3/14/99 Original check made payable to Office Depot $312.67 (A-Plus Underwriters Inc.) "Ariel Hernandez" #223356, Store 0127 |
| 31 | ✔ | 2/25/99 Original check made payable to Toys R US $381.21 (RBM Management Corp.) "Ariel Hernandez" #2333 |
| 32 | ✔ | 4/14/98 Original check made payable to "No One" "No Amount" (Atmel Corporation) on back - Toys R US $448.26, H655-001-65-250-0 **Count 3** |
| 37 | ✔ | 4/18/98 Original check made payable to "No One" $561.46(Atmel Corporation), "No Name" , deposited at Toys R US, #1296 **Count 4** |
| 38 | ✔ | 4/9/98 Original check made payable to "No One" , "No amount on face of check #1290 (Atmel Corporation) on back $546.14, Toys R US, 4/9/98, H655001652500, #1290 **Count 2** |

**FINAL EXHIBIT LIST**

**UNITED STATES v. ANTHONY TRENTACOSTA, ET AL.**

**Case No. 00-6273-CR-HUCK/BROWN**

**PAGE 4 OF 46**

**December 13, 2001**

| EXHIBIT NO. | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|
| 39 | ✓ | 12/8/98 Original check made payable to Toys R Us $433.30 (Proform National Service Inc.), "Ariel A. Hernandez, #1285 |
| 40 | ✓ | Original check made payable to Toys R US "No One, No Date, No Amount (Atmel Corporation) "Ariel Hernandez, #1285, On back Toys R US, $490.81 **Count 6** |
| Composite 42A-C | ✓ | 3/99 Composite exhibit of copies of 3 checks from Amir Amirani of Vista Designs DBA Dreamhouse Furniture 90009 N. Fed. Hwy Ft. Lauderdale 2 checks have Ariel A. Hernandez ($364.50) ($476.05) ($360.00) **Count 5** |
| 43 | ✓ | 2/19/99 Original check made payable to Dry Clean USA (Arro Pretzels, Inc.) $47.78, Ariel Hernandez's, D.L. #655-001-65-250-0, Check #14004 |
| 44(a)-(d) | ✓ | 2/99 Composite exhibit of copies of 4 checks from Arro Pretzels, Inc., Check nos. 14001, 14002, 14003, 14006; 343.40, 415.2, $430.21, 402.70; Office Max, Office Max & Lechters & Office Max; Ariel Hernandez (NationsBank) (and 1 check from Arro Pretzels, Inc. Check no. 14006) **Counts 7-10** |
| 45 | ✓ | 12/4/98 Original check of Arro Pretzels, Inc., check no. 14000 |
| 49 | ✓ | 3/7/99 copy of Doc's Saloon check no. 2102 made payable to PEP Boys for $335.69 with Hernandez's signature (Witness: First Union.) |

**FINAL EXHIBIT LIST**

**UNITED STATES v. ANTHONY TRENTACOSTA, ET AL.**

**Case No. 00-6273-CR-HUCK/BROWN**

**PAGE 5 OF 46**
**December 13, 2001**

| EXHIBIT NO. | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|
| 50 | ✔ | 12/15/98 Original Florida Windstorm Underwriting Assn., check no. 259486 deposited at CCUII. Payee Mark LaFontane witness: Bruce R. Wilson |
| 58 | ✔ | 12/27/99 Florida D.L. in the name of Joseph Anthony Saracini issued 4/22/99 |
| Composite 60 | ✔ | Cashier's checks - 1st Union National Bank dated 9/2/94 - purchaser Frederick Massaro - #s 14747415, 14747416 - $20,000, $3,000 - payable to Robert Lloyd and Alan Cohen (seized @ Massaro's house on 9/2/99) |
| Composite 62 A-E | ✔ | ~ 42 Boxes~ 9/2/99 ABC Merchandise seized 9/2/99 from Massaro's residence **Count 24** |
| Composite 63 | ✔ | 3/27/99 Receipt - Office Max dated 3/27/99 for Compaq computer purchased by "Richard Martinez" & Fairlane Entertainment check #5280, 3/29/99 $1483.99 (City Nat'l) **Count 16** |
| Composite 65A-L | ✔ | 3/28/99 Property acquired on 3/28/99 at Tammy Bubel's apartment (checks, blank checks, cft checks etc.) |
| Composite 67A-B | ✔ | Counterfeit checks Pier 1, |
| Composite 68 | ✔ | Counterfeit checks Office Depot (Fla. Windstorm Recovery) |
| 69 | ✔ | 9/2/99 Sports memorabilia & hockey pucks seized from Massaro's house on 9/2/99 |

**FINAL EXHIBIT LIST**
**UNITED STATES v. ANTHONY TRENTACOSTA, ET AL.**
**Case No. 00-6273-CR-HUCK/BROWN**

PAGE 6 OF 46
December 13, 2001

| EXHIBIT NO. | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|
| 70 | ✓ | 9/2/99  Blank birth certificates form |
| 72 | ✓ | 9/2/99 Compaq Presario laptop computer seized from Massaro's house/van |
| Composite 73A | ✓ | Photo albums & misc. pictures; seized from Massaro's house (Fat Andy, Sal Real, Freddie Massaro, Tony Lee) |
| Composite 74 A-F | ✓ | 9/2/99 New photos of Erica's wedding - Massaro - Spitaleri, Horowitz, Monico, Maffei |
| Composite 76A-D | ✓ | 3/23/99 Photos - Massaro @ CCUII & returning to BSM(Composite) |
| Composite 77 A1-A4 | ✓ | 3/24/99 Surveillance photos of Massaro & Hernandez & Monico (Composite) SOG log |
| Composite 78A-C | ✓ | 3/25/99 Surveillance photos of Tony Banks |
| Composite 79 A1-A3 | ✓ | 3/26/99 Surveillance photos of Massaro, Monico & Maffei |

**FINAL EXHIBIT LIST**
**UNITED STATES v. ANTHONY TRENTACOSTA, ET AL.**
**Case No. 00-6273-CR-HUCK/BROWN**

**PAGE 7 OF 46**
**December 13, 2001**

| EXHIBIT NO. | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|
| Composite 80 A-C | ✔ | 3/29/99 Surveillance photos Massaro, Banks, Maffei |
| Composite 81 A1-A5 | ✔ | 3/31/99 Surveillance photos Gudiela Alvarez, Massaro, Monico |
| Composite 82 A- | ✔ | 3/31/99 Surveillance photos Massaro & Monico @ 183rd St Flea Market |
| Composite 84 A1-A6 | ✔ | 4/22/99 Surveillance photos Massaro, Jeanne Brooks, Maffei |
| Composite 85 A1-A2 | ✔ | 4/22/99 Surveillance photos of Banks, Monico, Maffei & Massaro |
| Composite 86 A- | ✔ | 5/14/99 Surveillance photos of Monico, Banks |

**FINAL EXHIBIT LIST**
**UNITED STATES v. ANTHONY TRENTACOSTA, ET AL.**
**Case No. 00-6273-CR-HUCK/BROWN**

PAGE 8 OF 46
December 13, 2001

| EXHIBIT NO. | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|
| Composite 87 A-C | ✓ | 8/20/99 Surveillance photos of Ruggiero, Chiusano at CCUII |
| Composite 88A-D | ✓ | 1/23/98 Surveillance photos of A. Trentacosta |
| 89 | ✓ | Map of North Dade & S. Broward (Shinaberry) |
| 90 | ✓ | Map of crime scene (Shinaberry) |
| 91 | ✓ | 3/21/99 stereo box (Shinaberry) |
| 93 | ✓ | 3/21/99 White cloth from wrists (Flanagan/Shinaberry) |
| 94 | ✓ | Black bag (Dr. Seuss logo) (Sheridan) |
| 96 | ✓ | 3/21/99 Victim's grey Calvin Klein T-shirt |
| 97 | ✓ | 4/ /99 Stereo box (Storage trailer) |
| 98 | ✓ | 3/26/99 Office Depot receipts seized at motel, Pier I Imports receipts seized at motel, The Sharper Image receipt seized at motel |
| 101 | ✓ | 4/14/99 "Century" boxing glove recovered 4/14/99 Alligator Alley |
| 102 | ✓ | 4/14/99 "Everlast" elastic fist wraps recovered 4/14/99 Alligator Alley |

# FINAL EXHIBIT LIST
## UNITED STATES v. ANTHONY TRENTACOSTA, ET AL.
### Case No. 00-6273-CR-HUCK/BROWN

PAGE 9 OF 46
December 13, 2001

| EXHIBIT NO. | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|
| 103 | ✔ | 4/14/99 Atlas weight belt recovered 4/14/99 |
| 104 | ✔ | 4/14/99 CD wedding album recovered 4/14/99 |
| 105 | ✔ | 3/26/99 Olympia Village Motel Room 121 registration card – "Ariel Hernandez" |
| 106 | ✔ | 12/9/95 InterAmerican Car Rental Agreement Massaro/Trentacosta, seized 9/2/99 from Massaro's residence |
| 107 A-B | ✔ | 12/9/95 Photos - Nick's At Night; seized 9/2/99 from Massaro's residence |
| 108 A-D 108D | ✔ | 12/9/95 Photo - group pictures of Massaro, Trentacosta etc. Seized 9/2/99 - Massaro's residence |
| 109 | ✔ | 12/9/95 Massaro's address book seized 9/2/99 - Massaro's residence |
| 110 | ✔ | 12/9/95 Father & Son miscellaneous papers re: Massaro, Trentacosta, Trezza (speeding ticket; money order; vehicle regis (seized from Massaro's residence 9/2/99) |
| 111 | ✔ | 12/17/96 Notice Of Trial addressed to "Anthony Trentacosta 1499 Shoreline Way, Hollywood, FL" seized 9/2/99 - Massaro residence |

**FINAL EXHIBIT LIST**
**UNITED STATES v. ANTHONY TRENTACOSTA, ET AL.**
**Case No. 00-6273-CR-HUCK/BROWN**

PAGE 10 OF 46
December 13, 2001

| EXHIBIT NO. | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|
| 112 b,c,d,e,h,i | ✓ | 10/16/97 Inter-American Car Rental Massaro/Trentacosta; photos -group picture (Massaro & Valdes); Alan Cohen; group picture (Massaro, Pocaro, Dominick Marchese); (Anthony Trentacosta); Alan Cohen & John Rogan; Massaro & Marchese; Trentacosta & Marchese; Kamlet & Trentacosta, Massaro, Trentacosta & Trezza (seized 9/2/99 - Massaro residence) |
| 113 | ✓ | 9/22/98 Certificate of Title 91 Mazda; (Oleg Klets); Additional certificates of title (seized 9/2/99 - Massaro residence) |
| 114 | ✓ | 1997-98 Calendar (seized 9/2/99 - Massaro residence) |
| 115 | ✓ | 1985 Month At A Glance "Andy" beeper (seized 9/2/99 - Massaro residence) |
| 116 | ✓ | State of Florida - Concealed Weapon or Firearm License - John A. Porcaro (seized 9/2/99 - Massaro residence) |
| 117 | ✓ | e-Commerce - Amway Form Ruggiero & Massaro (seized 9/2/99 - Massaro residence) |
| 118 | ✓ | 4/16/99 E-mail (4-16-99) (seized 9/2/99 Massaro residence) |
| 119 | ✓ | 3/30/99 Search Warrant 99-4663-Snow.  White cargo trailer including property receipt |
| 120 | ✓ | 2/7/99 Simoniz receipt Mazda SUV (Massaro residence 9/2/99) |
| 121 | ✓ | 2/16/01Compaq Presario laptop computer obtained from Kamlet |
| 122 | ✓ | 1998 W-2 Massaro Father & Son J'ville (seized 9/2/99 Massaro's residence) |
| 123 | ✓ | 3/1/99 Columnar pad (seized 9/2/99 Massaro's residence) |

# FINAL EXHIBIT LIST
## UNITED STATES v. ANTHONY TRENTACOSTA, ET AL.
### Case No. 00-6273-CR-HUCK/BROWN

PAGE 11 OF 46
December 13, 2001

| EXHIBIT NO. | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|
| 124 | ✔ | Check #12982, $10,000 from King Int'l Group Inc., payable to "Freddy Massaro" cashed @ CCUII on 7/16/99 |
| 125 | ✔ | Anthony Ruggiano - photo |
| 126 | ✔ | 1999 Anthony Ruggiano - Death Certificate |
| 129 | ✔ | (3/27/99) 3/29/99 Check #5281 made payable to ToysRUS, $492.34, "Richard Martinez", "(City National Bank)  **Count 14** |
| 130 | ✔ | (3/27/99) 3/29/99 Check #5280 made payable to Office Max, $1483.99, "Richard Martinez" (City National Bank)  **Count 16** |
| 131 | ✔ | (3/27/99) 3/29/99 Check #5283 made payable to Macy's, $2125.74, "Richard Martinez" (City National Bank)  **Count 15** |
| 132 | ✔ | Photo of Jeanette Smith |
| 139 | ✔ | Search Warrant - Massaro Residence |
| 139A | ✔ | Search Warrant - Massaro (person & van) |
| 143 | ✔ | 11/13/98 Recorded conversation between Massaro & Alwais |

**FINAL EXHIBIT LIST**

**UNITED STATES v. ANTHONY TRENTACOSTA, ET AL.**

**Case No. 00-6273-CR-HUCK/BROWN**

**PAGE 12 OF 46**

**December 13, 2001**

| EXHIBIT NO. | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|
| 143A | ✔ | **Transcript** |
| 144 | ✔ | 11/16/98 Recorded conversation between Massaro & Alwais |
| 144A | ✔ | **Transcript** |
| 145 | ✔ | 12/4/98 Recorded conversation between Massaro & Alwais |
| 145A | ✔ | **Transcript** |
| 146 | ✔ | 1/28/99 Recorded conversation between Massaro & Alwais |
| 146A | ✔ | **Transcript** |
| 147 | ✔ | Search Warrant - CCUII |
| 148A-D | ✔ | Trump Financial Group, Corp. Check Nos. 111446, 111453-55 |
| 149A | ✔ | Order Authorizing The Interception of Wire Communications (Under Seal) |
| 149B | ✔ | Sealed Order Authorizing The Interception of Wire Communications (Under Seal) |
| 149C | ✔ | Order Authorizing The Continued Interception of Wire Communications (Under Seal) |
| 151 | ✔ | Immunity letter - Horowitz |
| 152 | ✔ | Surveillance log dated 3/31/99 |

**FINAL EXHIBIT LIST**
**UNITED STATES v. ANTHONY TRENTACOSTA, ET AL.**
**Case No. 00-6273-CR-HUCK/BROWN**

**PAGE 13 OF 46**
**December 13, 2001**

| EXHIBIT NO. | ADMITTED | DESCRIPTION OF EXHIBIT | |
|---|---|---|---|
| 154 | ✔ | PLEA agreement - Rose Pontomo | |
| 155 | ✔ | 3/21/99 White shoe laces from ankles (Flanagan/Shinaberry) | |
| 157 | ✔ | BSO Statement - Adam SILVERMAN | |
| 171 | ✔ | Pistol carrying case | |
| 172 | ✔ Read | FD-302 of Tony Banks (post arrest statements) | **Count 25** |
| 173 | ✔ | Bath tub swabs - Olympia Motel | |
| 174 | ✔ | Oral swabs from Ariel Hernandez - standard | |
| 175 | ✔ | Oral swabs from Ariel Hernandez - left cheek | |
| 176 | ✔ | Oral swabs from Ariel Hernandez - right cheek | |
| 177 | ✔ | Mazda Navajo - Florida registration in the name of Oleg Klets | |
| 178 | ✔ | Eckert drugs receipt | |
| 179 | ✔ | Office Max receipt | |
| 180 | ✔ | Dry Clean USA receipt - Ariel Fernandez | |
| 181 | ✔ | Pep Boys receipt for tires Mazda Navajo | |

**FINAL EXHIBIT LIST**
**UNITED STATES v. ANTHONY TRENTACOSTA, ET AL.**
**Case No. 00-6273-CR-HUCK/BROWN**

PAGE 14 OF 46
December 13, 2001

| EXHIBIT NO. | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|
| 182 | ✓ | Victoria Secret receipt |
| 183 | ✓ | Beachside Mario's receipt |
| 184 | ✓ | Collector's club receipt |
| 185 | ✓ | Signature card - Fairlane Enterprise |
| 187 | ✓ | Table demonstrating LCN family organization |
| 188 | ✓ | Bank record of Jeanette Smith (shredded) found off of Alligator Alley |
| Composite 189 | ✓ | ABC distributing - shipping labels from boxes seized from MASSARO residence on 9/2/99 |
| 190 | ✓ | Cell Tower location map |
| 191 | ✓ | ABC distributing - tracking manifest for 7/28/99 |
| 192 | ✓ | Bank United signature card for Florida Windstorm account |
| 300 | ✓ | Photograph - crime scene/body |
| 301 | ✓ | Photograph - crime scene/body |
| 302 | ✓ | Photograph - crime scene/body |
| 303 | ✓ | Photograph - crime scene/body |

**FINAL EXHIBIT LIST**
**UNITED STATES v. ANTHONY TRENTACOSTA, ET AL.**
**Case No. 00-6273-CR-HUCK/BROWN**

**PAGE 15 OF 46**
**December 13, 2001**

| EXHIBIT NO. | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|
| 304 (1) | ✓ | Photograph - crime scene/body |
| 307 (10) | ✓ | Photograph - crime scene/body |
| 309 (9) | ✓ | Photograph - crime scene/body |
| 311 (20) | ✓ | Photograph - crime scene/body |
| 317 (32) | ✓ | Photograph - crime scene/body |
| 318 (35) | ✓ | Photograph - crime scene/body |
| 319 (31) | ✓ | Photograph - crime scene/body |
| 321 (13) | ✓ | Photograph - crime scene/body |
| 322 (7) | ✓ | Photograph - crime scene/body |
| 323 (8) | ✓ | Photograph - crime scene/body |
| 324 (3) | ✓ | Photograph - crime scene/body |
| 328 (15) | ✓ | Photograph - crime scene/body |
| 331 | | Photograph - crime scene/body |
| 335 (4) | ✓ | Photograph - crime scene/body |
| 336 (5) | ✓ | Photograph - crime scene/body |

**FINAL EXHIBIT LIST**
**UNITED STATES v. ANTHONY TRENTACOSTA, ET AL.**
**Case No. 00-6273-CR-HUCK/BROWN**

PAGE 16 OF 46
December 13, 2001

| EXHIBIT NO. | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|
| 337 (44) | ✓ | Photograph - crime scene/body |
| 338 (34) | ✓ | Photograph - crime scene/body |
| 342 (38) | ✓ | Photograph - crime scene/body |
| 343 (39) | ✓ | Photograph - crime scene/body |
| 344 (41) | ✓ | Photograph - crime scene/body |
| 346 | ✓ | Photograph - crime scene/body |
| 347 | ✓ | Photograph - crime scene/body |
| 351 (27) | ✓ | Photograph - crime scene/body |
| 353 (28) | ✓ | Photograph - crime scene/body |
| 354 (21) | ✓ | Photograph - crime scene/body |
| 356 (6) | ✓ | Photograph - crime scene/body |
| 360 (29) | ✓ | Photograph - crime scene/body |
| 365 (40) | ✓ | Photograph - crime scene/body |
| 366 (43) | ✓ | Photograph - crime scene/body |
| 372 (17) | ✓ | Photograph - crime scene/body |

**FINAL EXHIBIT LIST**
**UNITED STATES v. ANTHONY TRENTACOSTA, ET AL.**
**Case No. 00-6273-CR-HUCK/BROWN**

PAGE 17 OF 46
December 13, 2001

| EXHIBIT NO. | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|
| 373 (19) | ✓ | Photograph - crime scene/body |
| 374 (11) | ✓ | Photograph - crime scene/body |
| 375 (46) | ✓ | Photograph - crime scene/body |
| 376 (12) | ✓ | Photograph - crime scene/body |
| 377 (47) | ✓ | Photograph - crime scene/body |
| 381 (48) | ✓ | Photograph - crime scene/body |
| 383 (42) | ✓ | Photograph - crime scene/body |
| 399 | ✓ | Photograph - crime scene/body |
| 400 | ✓ | Photograph - crime scene/body |
| 401 | ✓ | Photograph - crime scene/body |
| 402 | ✓ | Photograph - crime scene/body |
| 403 | ✓ | Photograph - crime scene/body |
| 404 | ✓ | Photograph - crime scene/body |
| 405 | ✓ | Photograph - crime scene/body |
| 406 | ✓ | Photograph - crime scene/body |

**FINAL EXHIBIT LIST**
**UNITED STATES v. ANTHONY TRENTACOSTA, ET AL.**
**Case No. 00-6273-CR-HUCK/BROWN**

PAGE 18 OF 46
December 13, 2001

| EXHIBIT NO. | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|
| 407 | ✓ | Photograph - motel/car |
| 408 | ✓ | Photograph - motel/car |
| 409 | ✓ | Photograph - motel/car |
| 410 | ✓ | Photograph - motel/car |
| 411 | ✓ | Photograph - motel/car |
| 412 | ✓ | Photograph - motel/car |
| 413 | ✓ | Photograph - motel/car |
| 414 | ✓ | Photograph - motel/car |
| 415 | ✓ | Photograph - motel/car |
| 416 | ✓ | Photograph - motel/car |
| 417 | ✓ | Photograph - motel/car |
| 418 | ✓ | Photograph - motel/car |
| 419 | ✓ | Photograph - motel/car |
| 420 | ✓ | Photograph - motel/car |
| 421 | ✓ | Photograph - motel/car |

**FINAL EXHIBIT LIST**
**UNITED STATES v. ANTHONY TRENTACOSTA, ET AL.**
**Case No. 00-6273-CR-HUCK/BROWN**

PAGE 19 OF 46
December 13, 2001

| EXHIBIT NO. | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|
| 422 | ✓ | Photograph - motel/car |
| 423 | ✓ | Photograph - motel/car |
| 424 | ✓ | Photograph - motel/car |
| 425 | ✓ | Photograph - motel/car |
| 426 | ✓ | Photograph - motel/car |
| 427 | ✓ | Photograph - motel/car |
| 428 | ✓ | Photograph - motel/car |
| 429 | ✓ | Photograph - motel/car |
| 430 | ✓ | Photograph - motel/car |
| 431 | ✓ | Photograph - motel/car |
| 432 | ✓ | Photograph - motel/car |
| 433 | ✓ | Photograph - motel/car |
| 434 | ✓ | Photograph - motel/car |
| 435 | ✓ | Photograph - motel/car |
| 436 | ✓ | Photograph - motel/car |

**FINAL EXHIBIT LIST**

**UNITED STATES v. ANTHONY TRENTACOSTA, ET AL.**

Case No. 00-6273-CR-HUCK/BROWN

PAGE 20 OF 46
December 13, 2001

| EXHIBIT NO. | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|
| 437 | ✓ | Photograph - motel/car |
| 438 | ✓ | Photograph - motel/car |
| 439 | ✓ | Photograph - motel/car |
| 440 | ✓ | Photograph - motel/car |
| 441 | ✓ | Photograph - motel/car |
| 442 | ✓ | Photograph - motel/car |
| 443 | ✓ | Photograph - motel/car |
| 444 | ✓ | Photograph - motel/car |
| 445 | ✓ | Photograph - motel/car |
| 446 | ✓ | Photograph - motel/car |
| 447 | ✓ | Photograph - motel/car |
| 448 | ✓ | Photograph - motel/car |
| 449 | ✓ | Photograph - motel/car |
| 450 | ✓ | Photograph - motel/car |
| 451 | ✓ | Photograph - motel/car |

**FINAL EXHIBIT LIST**
**UNITED STATES v. ANTHONY TRENTACOSTA, ET AL.**
**Case No: 00-6273-CR-HUCK/BROWN**

PAGE 21 OF 46
December 13, 2001

| EXHIBIT NO. | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|
| 452 | ✓ | Photograph - motel/car |
| 452 | ✓ | Photograph - motel/car |
| 453 | ✓ | Photograph - motel/car |
| 454 | ✓ | Photograph - motel/car |
| 501 | ✓ | CN: 58   PN: 7512   Date: 3/19/99   Time:12:33pm<br>T-III tape recorded conversation |
| 501A | ✓ | Transcript |
| 502 | ✓ | CN: 68   PN: 7512   Date: 3/19/99   Time: 2:39pm<br>T-III tape recorded conversation |
| 502A | ✓ | Transcript |
| 503 | ✓ | CN: 69   PN: 7512   Date: 3/19/99   Time: 2:42pm<br>T-III tape recorded conversation |
| 503A | ✓ | Transcript |
| 504 | ✓ | CN: 70   PN: 7512   Date: 3/19/99   Time: 2:49pm<br>T-III tape recorded conversation |
| 504A | ✓ | Transcript |

**FINAL EXHIBIT LIST**
**UNITED STATES v. ANTHONY TRENTACOSTA, ET AL.**
**Case No. 00-6273-CR-HUCK/BROWN**

PAGE 22 OF 46
December 13, 2001

| EXHIBIT NO. | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|
| 505 | ✓ | CN: 71   PN: 7512   Date: 3/19/99   Time: 2:49pm<br>T-III tape recorded conversation |
| 505A | ✓ | **Transcript** |
| 506 | ✓ | CN: 78   PN: 7512   Date: 3/19/99   Time: 3:07<br>T-III tape recorded conversation |
| 506A | ✓ | **Transcript** |
| 507 | ✓ | CN: 79   PN: 7512   Date: 3/19/99   Time: 3:12pm<br>T-III tape recorded conversation |
| 507A | ✓ | **Transcript** |
| 508 | ✓ | CN: 80   PN: 7512   Date: 3/19/99   Time: 3:13pm<br>T-III tape recorded conversation |
| 508A | ✓ | **Transcript** |
| 509 | ✓ | CN: 88   PN: 7512   Date: 3/19/99   Time 4:28pm<br>T-III tape recorded conversation |
| 509A | ✓ | **Transcript** |
| 510 | ✓ | CN: 262   PN: 2929   Date: 3/20/99 Time:12:31am<br>T-III tape recorded conversation |

# FINAL EXHIBIT LIST
## UNITED STATES v. ANTHONY TRENTACOSTA, ET AL.
### Case No. 00-6273-CR-HUCK/BROWN

PAGE 23 OF 46
December 13, 2001

| EXHIBIT NO. | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|
| 510A | ✓ | **Transcript** |
| 511 | ✓ | CN: 264   PN: 2929   Date: 3/20/99   Time:12/32am<br>T-III tape recorded conversation |
| 511A | ✓ | **Transcript** |
| 512 | ✓ | CN: 23   PN: 3020   Date: 3/20/99   Time: 11:00am<br>T-III tape recorded conversation |
| 512A | ✓ | **Transcript** |
| 513 | ✓ | CN: 24   PN: 3020   Date: 3/20/99   Time: 11:51am<br>T-III tape recorded conversation |
| 513A | ✓ | **Transcript** |
| 514 | ✓ | CN: 102   PN: 7512   Date: 3/20/99   Time: 3:43pm<br>T-III tape recorded conversation |
| 514A | ✓ | **Transcript** |
| 515 | ✓ | CN: 293   PN: 2929   Date: 3/20/99   Time: 5:13pm<br>T-III tape recorded conversation |
| 515A | ✓ | **Transcript** |

**FINAL EXHIBIT LIST**
**UNITED STATES v. ANTHONY TRENTACOSTA, ET AL.**
**Case No. 00-6273-CR-HUCK/BROWN**

PAGE 24 OF 46
December 13, 2001

| EXHIBIT NO. | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|
| 516 | ✓ | CN: 109  PN: 7512   Date: 3/20/99    Time: 6:25pm<br>T-III tape recorded conversation |
| 516A | ✓ | **Transcript** |
| 517 | ✓ | CN:111   PN: 7512   Date: 3/20/99    Time: 6:34pm<br>T-III tape recorded conversation |
| 517A | ✓ | **Transcript** |
| 518 | ✓ | CN: 316   PN: 2929   Date: 3/20/99    Time: 7:01pm<br>T-III tape recorded conversation |
| 518A | ✓ | **Transcript** |
| 519 | ✓ | CN:112   PN: 7512   Date: 3/20/99    Time: 8:52pm<br>T-III tape recorded conversation |
| 519A | ✓ | **Transcript** |
| 520 | ✓ | CN:113   PN: 7512   Date: 3/20/99    Time: 9:02pm<br>T-III tape recorded conversation |
| 520A | ✓ | **Transcript** |
| 521 | ✓ | CN:114   PN: 7512   Date: 3/20/99    Time: 9:03pm<br>T-III tape recorded conversation |

## FINAL EXHIBIT LIST
### UNITED STATES v. ANTHONY TRENTACOSTA, ET AL.
Case No. 00-6273-CR-HUCK/BROWN

PAGE 25 OF 46
December 13, 2001

| EXHIBIT NO. | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|
| 521A | ✓ | Transcript |
| 522 | ✓ | CN:115  PN: 7512   Date: 3/20/99   Time: 9:04pm<br>T-III tape recorded conversation |
| 522A | ✓ | Transcript |
| 523 | ✓ | CN: 44  PN: 3020   Date: 3/20/99   Time: 10:42pm<br>T-III tape recorded conversation |
| 523A | ✓ | Transcript |
| 524 | ✓ | CN: 116  PN: 7512   Date: 3/20/99   Time: 10:52pm<br>T-III tape recorded conversation |
| 524A | ✓ | Transcript |
| 525 | ✓ | CN: 117  PN: 7512   Date: 3/20/99   Time: 10:53pm<br>T-III tape recorded conversation |
| 525A | ✓ | Transcript |
| 526 | ✓ | CN: 45  PN: 3020   Date: 3/20/99   Time: 11:39pm<br>T-III tape recorded conversation |
| 526A | ✓ | Transcript |

**FINAL EXHIBIT LIST**
**UNITED STATES v. ANTHONY TRENTACOSTA, ET AL.**
**Case No. 00-6273-CR-HUCK/BROWN**

PAGE 26 OF 46
December 13, 2001

| EXHIBIT NO. | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|
| 527 | ✔ | CN: 46   PN: 3020   Date: 3/20/99   Time: 11:40pm T-III tape recorded conversation |
| 527A | ✔ | Transcript |
| 528 | ✔ | CN:119   PN: 7512   Date: 3/21/99   Time:1:49am T-III tape recorded conversation |
| 528A | ✔ | Transcript |
| 529 | ✔ | CN:124   PN: 7512   Date: 3/21/99   Time: 12:04pm T-III tape recorded conversation |
| 529A | ✔ | Transcript |
| 530 | ✔ | CN: 373   PN: 2929   Date: 3/21/99   Time: 5:01pm T-III tape recorded conversation |
| 530A | ✔ | Transcript |
| 531 | ✔ | CN:133   PN: 7512   Date: 3/21/99   Time: 7:48pm T-III tape recorded conversation |
| 531A | ✔ | Transcript |
| 532 | ✔ | CN:139   PN: 7512   Date: 3/21/99   Time: 10:52pm T-III tape recorded conversation |

**FINAL EXHIBIT LIST**
**UNITED STATES v. ANTHONY TRENTACOSTA, ET AL.**
**Case No. 00-6273-CR-HUCK/BROWN**

PAGE 27 OF 46
December 13, 2001

| EXHIBIT NO. | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|
| 532A | ✓ | **Transcript** |
| 533 | ✓ | CN: 469   PN: 2929   Date: 3/22/99   Time: 12:56pm<br>T-III tape recorded conversation |
| 533A | ✓ | **Transcript** |
| 534 | ✓ | CN: 474   PN: 2929   Date: 3/22/99   Time: 1:44pm<br>T-III tape recorded conversation |
| 534A | ✓ | **Transcript** |
| 535 | ✓ | CN: 496   PN: 2929   Date: 3/22/99   Time: 4:02pm<br>T-III tape recorded conversation |
| 535A | ✓ | **Transcript** |
| 536 | ✓ | CN: 532   PN: 2929   Date: 3/22/99   Time: 7:48pm<br>T-III tape recorded conversation |
| 536A | ✓ | **Transcript** |
| 537 | ✓ | CN: 179   PN: 7512   Date: 3/23/99   Time: 10:51am<br>T-III tape recorded conversation |
| 537A | ✓ | **Transcript** |

**FINAL EXHIBIT LIST**
**UNITED STATES v. ANTHONY TRENTACOSTA, ET AL.**
**Case No. 00-6273-CR-HUCK/BROWN**

PAGE 28 OF 46
December 13, 2001

| EXHIBIT NO. | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|
| 538 | ✓ | CN: 187   PN: 7512   Date: 3/23/99   Time: 12:01pm<br>T-III tape recorded conversation |
| 538A | ✓ | **Transcript** |
| 539 | ✓ | CN: 196   PN: 7512   Date: 3/23/99   Time: 2:31pm<br>T-III tape recorded conversation |
| 539A | ✓ | **Transcript** |
| 540 | ✓ | CN: 626   PN: 2929   Date: 3/23/99   Time: 10:59pm<br>T-III tape recorded conversation |
| 540A | ✓ | **Transcript** |
| 541 | ✓ | CN: 630   PN: 2929   Date: 3/24/99   Time: 1:07am<br>T-III tape recorded conversation |
| 541A | ✓ | **Transcript** |
| 542 | ✓ | CN: 218   PN: 7512   Date: 3/24/99   Time: 7:42pm<br>T-III tape recorded conversation |
| 542A | ✓ | **Transcript** |
| 543 | ✓ | CN: 229   PN: 7512   Date: 3/25/99   Time: 12:42pm<br>T-III tape recorded conversation |

# FINAL EXHIBIT LIST
## UNITED STATES v. ANTHONY TRENTACOSTA, ET AL.
### Case No. 00-6273-CR-HUCK/BROWN

PAGE 29 OF 46
December 13, 2001

| EXHIBIT NO. | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|
| 543A | ✔ | **Transcript** |
| 544 | ✔ | CN: 174   PN: 3020   Date: 3/25/99   Time: 1:38pm<br>T-III tape recorded conversation |
| 544A | ✔ | **Transcript** |
| 545 | ✔ | CN: 817   PN: 2929   Date: 3/25/99   Time: 5:40pm<br>T-III tape recorded conversation |
| 545A | ✔ | **Transcript** |
| 546 | ✔ | CN: 256   PN: 7512   Date: 3/26/99   Time: 1:27pm<br>T-III tape recorded conversation |
| 546A | ✔ | **Transcript** |
| 547 | ✔ | CN: 958   PN: 2929   Date: 3/27/99   Time: 12:34am<br>T-III tape recorded conversation |
| 547A | ✔ | **Transcript** |
| 548 | ✔ | CN: 275   PN: 7512   Date: 3/27/99   Time: 2:09am<br>T-III tape recorded conversation |
| 548A | ✔ | **Transcript** |

FINAL EXHIBIT LIST
UNITED STATES v. ANTHONY TRENTACOSTA, ET AL.
Case No. 00-6273-CR-HUCK/BROWN

PAGE 30 OF 46
December 13, 2001

| EXHIBIT NO. | ADMITTED | DESCRIPTION OF EXHIBIT. |
|---|---|---|
| 549 | ✓ | CN: 200   PN: 3020   Date: 3/27/99   Time: 11:42am<br>T-III tape recorded conversation |
| 549A | ✓ | **Transcript** |
| 550 | ✓ | CN: 201   PN: 3020   Date: 3/27/99   Time: 12:24pm<br>T-III tape recorded conversation |
| 550A | ✓ | **Transcript** |
| 551 | ✓ | CN: 280   PN: 7512   Date: 3/27/99   Time: 3:42pm<br>T-III tape recorded conversation |
| 551A | ✓ | **Transcript** |
| 552 | ✓ | CN: 287   PN: 7512   Date: 3/27/99   Time: 5:14pm<br>T-III tape recorded conversation |
| 552A | ✓ | **Transcript** |
| 553 | ✓ | CN: 288   PN: 7512   Date: 3/27/99   Time: 5:50pm<br>T-III tape recorded conversation |
| 553A | ✓ | **Transcript** |
| 554 | ✓ | CN: 291   PN: 7512   Date: 3/27/99   Time: 6:51pm<br>T-III tape recorded conversation |

**FINAL EXHIBIT LIST**
**UNITED STATES v. ANTHONY TRENTACOSTA, ET AL.**
**Case No. 00-6273-CR-HUCK/BROWN**

PAGE 31 OF 46
December 13, 2001

| EXHIBIT NO. | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|
| 554A | ✓ | Transcript |
| 555 | ✓ | CN: 296    PN: 7512    Date: 3/27/99    Time: 7:45pm<br>T-III tape recorded conversation |
| 555A | ✓ | Transcript |
| 556 | ✓ | CN: 299    PN: 7512    Date: 3/27/99    Time: 7:47pm<br>T-III tape recorded conversation |
| 556A | ✓ | Transcript |
| 557 | ✓ | CN: 1027    PN: 2929    Date: 3/27/99    Time: 8:53pm<br>T-III tape recorded conversation |
| 557A | ✓ | Transcript |
| 558 | ✓ | CN: 1082    PN: 2929    Date: 3/28/99    Time: 11:46pm<br>T-III tape recorded conversation |
| 558A | ✓ | Transcript |
| 559 | ✓ | CN: 1086    PN: 2929    Date: 3/29/99    Time: 2:22am<br>T-III tape recorded conversation |
| 559A | ✓ | Transcript |

PAGE 32 OF 46
December 13, 2001

| EXHIBIT NO. | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|
| 560B | ✓ | Redacted Tape  CN: 241   PN: 3020   Date: 3/29/99 Time: 11:13am T-III tape recorded conversation |
| 560C | ✓ | Redacted Transcript |
| 561 | ✓ | CN:1113   PN: 2929   Date: 3/29/99   Time: 6:11pm T-III tape recorded conversation |
| 561A | ✓ | Transcript |
| 562 | ✓ | CN:1156   PN: 2929   Date: 3/30/99   Time: 12:06am T-III tape recorded conversation |
| 562A | ✓ | Transcript |
| 563 | ✓ | CN: 322   PN: 7512   Date: 3/30/99   Time: 1:41am T-III tape recorded conversation |
| 563A | ✓ | Transcript |
| 565 | ✓ | CN: 328   PN: 7512   Date: 3/30/99   Time: 4:43pm T-III tape recorded conversation |
| 565A | ✓ | Transcript |
| 566 | ✓ | CN: 59   PN: 7513   Date: 3/31/99   Time: 1:13pm T-III tape recorded conversation |

**FINAL EXHIBIT LIST**
**UNITED STATES v. ANTHONY TRENTACOSTA, ET AL.**
**Case No. 00-6273-CR-HUCK/BROWN**

**PAGE 33 OF 46**
December 13, 2001

| EXHIBIT NO. | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|
| 566A | ✓ | **Transcript** |
| 567 | ✓ | CN: 331   PN: 3020   Date: 4/1/99   Time: 9:24am |
| 567A | ✓ | **Transcript** |
| 568 | ✓ | CN: 351   PN: 7512   Date: 4/1/99   Time: 9:32am<br>T-III tape recorded conversation |
| 568A | ✓ | **Transcript** |
| 569 | ✓ | CN: 352   PN: 7512   Date: 4/1/99   Time: 11:59am<br>T-III tape recorded conversation |
| 569A | ✓ | **Transcript** |
| 570 | ✓ | CN: 353   PN: 7512   Date: 4/1/99   Time: 11:50am<br>T-III tape recorded conversation |
| 570A | ✓ | **Transcript** |
| 571 | ✓ | CN: 104   PN: 7513   Date: 4/1/99   Time: 11:57am<br>T-III tape recorded conversation |
| 571A | ✓ | **Transcript** |

Note: rows for 566A and 567 also show "T-III tape recorded conversation" under their descriptions.

## FINAL EXHIBIT LIST
## UNITED STATES v. ANTHONY TRENTACOSTA, ET AL.
### Case No. 00-6273-CR-HUCK/BROWN

PAGE 34 OF 46
December 13, 2001

| EXHIBIT NO. | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|
| 572 | ✓ | CN: 356   PN: 7512   Date: 4/1/99   Time: 12:44pm<br>T-III tape recorded conversation |
| 572A | ✓ | **Transcript** |
| 574 | ✓ | CN: 106   PN: 7513   Date: 4/1/99   Time 1:41pm<br>T-III tape recorded conversation |
| 574A | ✓ | **Transcript** |
| 575 | ✓ | CN: 108   PN: 7513   Date: 4/1/99   Time: 1:55pm<br>T-III tape recorded conversation |
| 575A | ✓ | **Transcript** |
| 578 | ✓ | CN: 120   PN: 7513   Date: 4/1/99   Time: 5:23pm<br>T-III tape recorded conversation |
| 578A | ✓ | **Transcript** |
| 579 | ✓ | CN: 142   PN: 7513   Date: 4/2/99   Time: 4:47pm<br>T-III tape recorded conversation |
| 579A | ✓ | **Transcript** |
| 580 | ✓ | CN: 146   PN: 7513   Date: 4/2/99   Time: 6:21pm<br>T-III tape recorded conversation |

**FINAL EXHIBIT LIST**
**UNITED STATES v. ANTHONY TRENTACOSTA, ET AL.**
**Case No. 00-6273-CR-HUCK/BROWN**

PAGE 35 OF 46
December 13, 2001

| EXHIBIT NO. | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|
| 580A | ✓ | Transcript |
| 581 | ✓ | CN: 371   PN: 7512   Date: 4/2/99   Time: 7:43pm<br>T-III tape recorded conversation |
| 581A | ✓ | Transcript |
| 582 | ✓ | CN: 384   PN: 7512   Date: 4/3/99   Time: 5:55pm<br>T-III tape recorded conversation |
| 582A | ✓ | Transcript |
| 583 | ✓ | CN: 520   PN: 7512   Date: 4/13/99   Time: 11/32 am<br>T-III tape recorded conversation |
| 583A | ✓ | Transcript |
| 584 | ✓ | CN: 2744   PN: 2929   Date: 4/20/99   Time:11:45pm<br>T-III tape recorded conversation |
| 584A | ✓ | Transcript |
| 585B | ✓ | Redacted Tape CN: 662   PN: 7512   Date: 4/21/99<br>Time 3:44pm T-III tape recorded conversation |
| 585C | ✓ | Redacted Transcript |

**FINAL EXHIBIT LIST**
**UNITED STATES v. ANTHONY TRENTACOSTA, ET AL.**
**Case No. 00-6273-CR-HUCK/BROWN**

PAGE 36 OF 46
December 13, 2001

| EXHIBIT NO. | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|
| 586 | ✓ | CN: 2826   PN: 2929   Date: 4/21/99   Time: 8:25pm<br>T-III tape recorded conversation |
| 586A | ✓ | Transcript |
| 587 | ✓ | CN: 2834   PN: 2929   Date: 4/21/99   Time: 10:19pm<br>T-III tape recorded conversation |
| 587A | ✓ | Transcript |
| 588 | ✓ | CN: 688   PN: 7512   Date: 4/21/99   Time: 10:27pm<br>T-III tape recorded conversation |
| 588A | ✓ | Transcript |
| 589 | ✓ | CN: 871   PN: 3020   Date: 4/22/99   Time: 7:16am<br>T-III tape recorded conversation |
| 589A | ✓ | Transcript |
| 590 | ✓ | CN: 873   PN: 3020   Date: 4/22/99   Time: 7:32am<br>T-III tape recorded conversation |
| 590A | ✓ | Transcript |
| 591 | ✓ | CN: 875   PN: 3020   Date: 4/22/99   Time: 8:07am<br>T-III tape recorded conversation |

**FINAL EXHIBIT LIST**
**UNITED STATES v. ANTHONY TRENTACOSTA, ET AL.**
**Case No. 00-6273-CR-HUCK/BROWN**

PAGE 37 OF 46
December 13, 2001

| EXHIBIT NO. | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|
| 591A | ✔ | Transcript |
| 592 | ✔ | CN: 2887  PN: 2929   Date: 4/22/99   Time: 6:59pm<br>T-III tape recorded conversation |
| 592A | ✔ | Transcript |
| 593B | ✔ | Redacted Tape |
| 593C | ✔ | Redacted Transcript |
| 594 | ✔ | CN: 762  PN: 7512   Date: 4/25/99   Time: 5:08pm<br>T-III tape recorded conversation |
| 594A | ✔ | Transcript |
| 595 | ✔ | CN: 766  PN: 7512   Date: 4/25/99   Time: 5:27pm<br>T-III tape recorded conversation |
| 595A | ✔ | Transcript |
| 596 | ✔ | CN: 769  PN: 7512   Date: 4/25/99   Time: 8:49pm<br>T-III tape recorded conversation |
| 596A | ✔ | Transcript |
| 597 | ✔ | CN: 3306  PN: 2929   Date: 4/27/99   Time: 1:12pm<br>T-III tape recorded conversation |

**FINAL EXHIBIT LIST**

**UNITED STATES v. ANTHONY TRENTACOSTA, ET AL.**

**Case No. 00-6273-CR-HUCK/BROWN**

PAGE 38 OF 46

December 13, 2001

| EXHIBIT NO. | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|
| 597A | ✓ | Transcript |
| 599 | ✓ | CN: 1087    PN:3020    Date: 4/27/99    Time: 1:15pm<br>T-III tape recorded conversation |
| 599A | ✓ | Transcript |
| 600 | ✓ | CN: 825 PN: 7512    Date: 4/27/99    Time: 1:32pm<br>T-III tape recorded conversation |
| 600A | ✓ | Transcript |
| 601 | ✓ | CN: 828    PN: 7512    Date: 4/27/99    Time: 2:00pm<br>T-III tape recorded conversation |
| 601A | ✓ | Transcript |
| 602 | ✓ | CN: 829    PN: 7512    Date: 4/27/99    Time: 2:09pm<br>T-III tape recorded conversation |
| 602A | ✓ | Transcript |
| 603 | ✓ | CN: 3394    PN: 2929    Date: 4/28/99    Time: 12:48am<br>T-III tape recorded conversation |
| 603A | ✓ | Transcript |

**FINAL EXHIBIT LIST**
**UNITED STATES v. ANTHONY TRENTACOSTA, ET AL.**
**Case No. 00-6273-CR-HUCK/BROWN**

PAGE 39 OF 46
December 13, 2001

| EXHIBIT NO. | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|
| 604 | ✓ | CN: 3402   PN: 2929   Date: 4/28/99   Time: 12:12pm<br>T-III tape recorded conversation |
| 604A | ✓ | Transcript |
| 605 | ✓ | CN: 3447   PN: 2929   Date: 4/28/99   Time: 8:37pm<br>T-III tape recorded conversation |
| 605A | ✓ | Transcript |
| 606 | ✓ | CN: 912   PN: 7512   Date: 4/29/99   Time: 10:00pm<br>T-III tape recorded conversation |
| 606A | ✓ | Transcript |
| 607 | ✓ | CN: 915   PN: 7512   Date: 4/30/99   Time: 11:37am<br>T-III tape recorded conversation |
| 607A | ✓ | Transcript |
| 608 | ✓ | CN: 935   PN: 7512   Date: 4/30/99   Time: 4:26pm<br>T-III tape recorded conversation |
| 608A | ✓ | Transcript |
| 609 | ✓ | CN: 3621   PN: 2929   Date: 4/30/99   Time:10:13pm<br>T-III tape recorded conversation |

# FINAL EXHIBIT LIST
## UNITED STATES v. ANTHONY TRENTACOSTA, ET AL.
## Case No. 00-6273-CR-HUCK/BROWN

PAGE 40 OF 46
December 13, 2001

| EXHIBIT NO. | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|
| 609A | ✓ | **Transcript** |
| 610 | ✓ | CN: 950   PN: 7512   Date:5/1/99   Time: 12:27pm<br>T-III tape recorded conversation |
| 610A | ✓ | **Transcript** |
| 611 | ✓ | CN: 3783   PN: 2929   Date: 5/2/99   Time: 9:50pm<br>T-III tape recorded conversation |
| 611A | ✓ | **Transcript** |
| 612 | ✓ | CN: 3786   PN: 2929   Date: 5/2/99   Time: 9:56pm<br>T-III tape recorded conversation |
| 612A | ✓ | **Transcript** |
| 613 | ✓ | CN: 3866   PN: 2929   Date: 5/3/99   Time: 10:11pm<br>T-III tape recorded conversation |
| 613A | ✓ | **Transcript** |
| 614 | ✓ | CN: 1374   PN: 3020   Date: 5/5/99   Time: 10:40am<br>T-III tape recorded conversation |
| 614A | ✓ | **Transcript** |

FINAL EXHIBIT LIST
UNITED STATES v. ANTHONY TRENTACOSTA, ET AL.
Case No. 00-6273-CR-HUCK/BROWN

PAGE 41 OF 46
December 13, 2001

| EXHIBIT NO. | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|
| 615 | ✔ | CN: 3935    PN: 2929    Date: 5/5/99    Time 11:00am<br>T-III tape recorded conversation |
| 615A | ✔ | **Transcript** |
| 616 | ✔ | CN: 4104    PN: 2929    Date: 5/7/99    Time: 12:32am<br>T-III tape recorded conversation |
| 616A | ✔ | **Transcript** |
| 617 | ✔ | CN: 1432    PN: 3020    Date: 5/7/99    Time: 6:10pm<br>T-III tape recorded conversation |
| 617A | ✔ | **Transcript** |
| 618 | ✔ | CN: 4303    PN: 2929    Date: 5/9/99    Time: 6:42pm<br>T-III tape recorded conversation |
| 618A | ✔ | **Transcript** |
| 620 | ✔ | CN: 1297    PN: 7512    Date: 5/14/99    Time: 9:58pm<br>T-III tape recorded conversation |
| 620A | ✔ | **Transcript** |
| 621 | ✔ | CN: 1299    PN: 7512    Date: 5/14/99    Time: 10:26pm<br>T-III tape recorded conversation |

**FINAL EXHIBIT LIST**
**UNITED STATES v. ANTHONY TRENTACOSTA, ET AL.**
**Case No. 00-6273-CR-HUCK/BROWN**

PAGE 42 OF 46
December 13, 2001

| EXHIBIT NO. | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|
| 621A | ✔ | **Transcript** |
| 622 | ✔ | CN: 4751   PN: 2929   Date: 5/14/99   Time: 10:30pm<br>T-III tape recorded conversation |
| 622A | ✔ | **Transcript** |
| 623 | ✔ | CN: 1586   PN: 3020   Date: 5/15/99   Time: 10:48am<br>T-III tape recorded conversation |
| 623A | ✔ | **Transcript** |
| 625 | ✔ | CN: 1332   PN: 7512   Date: 5/17/99   Time: 1:04pm<br>T-III tape recorded conversation |
| 625A | ✔ | **Transcript** |
| 626 | ✔ | CN: 4968   PN: 2929   Date: 5/17/99   Time: 10:07pm<br>T-III tape recorded conversation |
| 626A | ✔ | **Transcript** |
| 627 | ✔ | CN: 1377   PN: 7512   Date: 5/19/99   Time: 5:31pm<br>T-III tape recorded conversation |
| 627A | ✔ | **Transcript** |

**FINAL EXHIBIT LIST**
**UNITED STATES v. ANTHONY TRENTACOSTA, ET AL.**
**Case No. 00-6273-CR-HUCK/BROWN**

PAGE 43 OF 46
December 13, 2001

| EXHIBIT NO. | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|
| 628 | ✓ | CN: 1411   PN: 7512   Date: 5/21/99   Time: 7:30pm T-III tape recorded conversation |
| 628A | ✓ | Transcript |
| 629 | ✓ | CN: 1424   PN: 7512   Date: 5/23/99   Time: 8:25pm T-III tape recorded conversation |
| 629A | ✓ | Transcript |
| 630 | ✓ | CN: 7610   PN: 2929   Date: 6/15/99   Time: 8:00pm T-III tape recorded conversation |
| 630A | ✓ | Transcript |
| 631 | ✓ | CN: 7618   PN: 2929   Date: 6/15/99   Time: 10:13pm T-III tape recorded conversation |
| 631A | ✓ | Transcript |
| 632 | ✓ | PLEA Agreement - Frank Ruggiero |
| 633 | ✓ | Consensual recorded conversation Tape Number 6BD dated 11/12/98 |
| 633A | ✓ | Transcript |
| 634 | | FD-302 dated 1/24/99 (Dave Alwais/Frederick Massaro) |

**FINAL EXHIBIT LIST**
**UNITED STATES v. ANTHONY TRENTACOSTA, ET AL.**
**Case No. 00-6273-CR-HUCK/BROWN**

PAGE 44 OF 46
December 13, 2001

| EXHIBIT NO. | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|
| 635 | ✓ | 12/28/99 Marlin model 60 serial #AYP6794 - rifle Count 25 |
| 636 | ✓ | A firearm silencer Count 25 |
| 637 | ✓ | 12/28/99 Colt model MK-III serial #28621U - 357 revolver Count 25 |
| 637A | ✓ | Holster |
| 638 | ✓ | Smith&Wesson Revolver .38 caliber serial #AYP6794 |
| 638A | ✓ | Holster |
| 639 | ✓ | 12/28/99 Raven model MP-25 serial #17760244 - automatic Count 25 |
| 639A | ✓ | Holster |
| 640 | ✓ | PLEA agreement Charlie Monico |
| 641 | ✓ | CN: 161   PN: 7512   Date: 3/22/99   Time: 3:40pm T-III tape recorded conversation |

**FINAL EXHIBIT LIST**
**UNITED STATES v. ANTHONY TRENTACOSTA, ET AL.**
**Case No. 00-6273-CR-HUCK/BROWN**

PAGE 45 OF 46
December 13, 2001

| EXHIBIT NO. | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|
| 641A | ✓ | Transcript |
| 642 | ✓ | CN: 522   PN: 2929   Date: 3/22/99   Time: 6:51pm T-III tape recorded conversation |
| 642A | ✓ | Transcript |
| 643 | ✓ | CN: 185   PN: 7512   Date: 3/23/99   Time: 11:40am T-III tape recorded conversation |
| 643A | ✓ | Transcript |
| 644 | ✓ | CN: 401   PN: 7512   Date: 4/5/99   Time: 3:27pm T-III tape recorded conversation |
| 644A | ✓ | Transcript |
| 645 | ✓ | Photo of Carlos Garcia |
| 650 | ✓ | Scope |
| 651 | ✓ | Ammunition |
| 652 | ✓ | Ammunition |
| 653 | ✓ | Ammunition |

# FINAL EXHIBIT LIST
## UNITED STATES v. ANTHONY TRENTACOSTA, ET AL.
### Case No. 00-6273-CR-HUCK/BROWN

PAGE 46 OF 46
December 13, 2001

| EXHIBIT NO. | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|
| AH-1 | ✓ | Rm 121 phone records |
| AH-2 | ✓ | Calls of escort service |
| AH-4a-c | ✓ | Ariel Hernandez - xrays |
| AH-6a-b | ✓ | photograph crime scene/body (anus) |
| AH-7 | ✓ | Ariel Hernandez - cast |
| | | |
| | | |
| | | |
| | | |