UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6273-CR-HUCK



UNITED STATES OF AMERICA,

      Plaintiff,

v.

CARLOS GARCIA,

      Defendant.

_____/

## MOTION FOR CONTINUANCE

**COMES NOW**, undersigned counsel for Defendant CARLOS GARCIA, and files this, his Motion for Continuance concerning the Sentencing scheduled for January 29, 2002, at 3:30 p.m. and as grounds therefore would state as follows:

1. The undersigned has scheduled for Sentencing before the Honorable Daniel T.K. Hurley a Sentencing in the matter of United States v. Gary Pierce, et.al., Case No.: 99-8125-CR-HURLEY for January 29th, 30th, and 31st, 2002, at 8:30 a.m.

2. Judge Hurley has set for Sentencing at the same time five other co-defendants, which matter was tried by Judge Hurley from April 2, 2001 to July 13, 2001.




USA V. CARLOS GARCIA
CASE NO.: 00-6273-CR-HUCK

3. The Sentencing before Judge Hurley has previously been scheduled for December 27th, 28th, and 29th, 2001, however was continued by Judge Hurley due to the complexity of the issues presented.

4. The undersigned has conferred with Jeffrey Sloman, Esquire, Assistant United States Attorney who has no objection to this request.

**WHEREFORE**, the undersigned would respectfully request that this Honorable Court Continue the Sentencing on Defendant Carlos Garcia for the aforementioned reasons.

Respectfully submitted,

**LAW OFFICE OF ALBERT Z. LEVIN P.A.**
888 Brickell Avenue
Sixth Floor
Miami, Florida 33131
Telephone: (305) 379-7101
Fax No.: (305) 372-0052

By: _____
ALBERT Z. LEVIN

2

USA V. CARLOS GARCIA
CASE NO.: 00-6273-CR-HUCK

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by U.S. Mail on this __23rd__ of January, 2002, to Jeffrey Sloman, Esquire, Larry LaVecchio, Esquire, Assistant United States Attorneys, Office of the Assistant United States Attorney, 99 N.E. 4th Street, Miami, Florida 33132 and all Defense Counsel of record.

By: _____
ALBERT Z. LEVIN