UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARLOS GARCIA

    Defendant.
_____/



## NOTICE OF FILING

**NOTICE** is hereby given of the filing of the attached items in support of and with reference to the Sentencing of Defendant Carlos Garcia. The Defendant and the undersigned would respectfully request that this Honorable Court consider these attachments in determining an appropriate Sentence in this cause.

    Respectfully submitted,

**LAW OFFICES OF ALBERT Z. LEVIN, P.A.**
888 Brickell Avenue
Sixth Floor
Miami, Florida 33131
Telephone: (305) 379-7101
Fax No.: (305) 372-0052

BY: _____
    ALBERT Z. LEVIN
    FLA. BAR NO.: 316581

1

USA V. CARLOS GARCIA
CASE NO.:00-6273-CR-HUCK

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by U.S. Mail on this 23rd of January, 2002, to Jeffrey Sloman, Esquire, Larry Lavecchio, Esquire, Assistant United States Attorneys, Office of the Assistant United States Attorney, 99 N.E. 4th Street, Miami, Florida 33132 and all Defense Counsel of record.

BY: _____
ALBERT Z. LEVIN

# Certificate of Completion

The undersigned hereby acknowledges that

## Carlos E. Garcia

has successfully met all the requirements for the

### DRUG EDUCATION PROGRAM
at
FDC-MIAMI

December 12, 2001

_____        _____
Juan M. Genao Chalas                                Victor E. Shoukry, Ph.D
D.A.P.S.



**The Village In'**
Discharge Summary

Patient Name: Carlos Garcia
Referral Source: Court
Patient ID#: 107097
DOC# / HRS#: ___
Admitting Diagnosis: Polysubstance Dep 304.8
Home Address: 2058 NE 179 st NMB FL 33136
Employer/Address: Boris Auto Body Shop. Hwy Fl.

Date of Admission: 4-3-00
Date of Discharge: 8-29-00
Program: FIT, Level 4 (304)
Primary Therapist: Tony Munyon
Home Phone: 786-897-6230
Work Phone: ___

I. Problems:

| | Resolved | Partly Resolved | Not Resolved | Deferred |
|---|---|---|---|---|
| (#1) Addiction | | 8-29-00 | | |
| (#2) Social | | 8-29-00 | | |
| (#3) Family | | 8-29-00 | | |
| (#4) Financial | 6-6-00 | | | |
| (#5) | | | | |
| (#6) | | | | |
| (#7) | | | | |

II. Problems Deferred

#1 Problem Deferred: ___

Reason For Deferral: ___

1

#2 Problem Deferred: _____

Reason For Deferral: _____

#3 Problem Deferred: _____

Reason for Deferral: _____

## III. Course of Treatment:

| | | | |
|---|---|---|---|
| Individual Therapy | 1 x wk | Recreation Therapy | 5 x wk |
| Group Therapy | 5 x wk | Urinalysis | 2 x wk |
| Vocational Therapy | 1 full | Self-help Groups | 7 x wk |
| Family Therapy | 1 x mo | Employability Skills Training | 6 x wk |
| HIV Education | NA | Medical | as needed |
| GED Classes | NA | Relapse Prevention | 2 x wk |
| Parenting Classes | 2 x wk | Case Mgmt. Services | 1 x wk |

Other _____

## IV. Response To Treatment:

While in the tx phase of the program the pt attended all group, individual, and didactic sessions. He also attended parenting classes and daily NA-AA meetings both on the facility and in the community. The pt was very compliant right from the start. He was here with his wife and was trying to get back custody of his son. Eventually the judge allowed them to have their son home on weekends. The court originally ordered him to tx for 90 days then extended him for 30 more days. The pt entered level 4 and obtained full time employment immediately. Again he remained in longhorn reporting his income and bank statements regularly. The pt gained good insight into his disease and remains motivated toward recovery.

2

V. Progress on Goals/Objectives

*On the pt's addiction tx plan he remained drug free his evidenced by random urine screens. He completed all his objectives but will need continued attendance in 12-step fellowship. On his social tx plan he completed all his objectives but will still need continued contact with his social support group. On his family tx plan he attended family therapy and completed all his objectives. (Family therapy after tx to be recommended)*

VI. Circumstances of Discharge (Type of Discharge):

✓ Completed Treatment/No Substance Abuse

___ Completed Treatment/Some Substance Use

___ Transfer/Placement Change in Agency (Completed Current Tx)

___ Transfer/Placement Change in Agency (Did <u>Not</u> Complete Current Tx)

___ Referred Outside of Agency for continued S.A. Services

___ Non-compliant With Agency Rules

___ Left before completing treatment

___ Incarcerated

___ Died

VII. Diagnoses and ICD-9 Codes

| Code | Diagnosis | Early Partial | Early Full | Sustained Partial | Sustained Full |
|---|---|---|---|---|---|
| ___ (303.9) | Alcohol Dependency | ___ | ___ | ___ | ___ |
| ___ (304.0) | Opioid Dependency | ___ | ___ | ___ | ___ |
| ___ (304.3) | Marijuana Dependency | ___ | ___ | ___ | ___ |
| ___ (304.2) | Cocaine Dependency | ___ | ___ | ___ | ___ |
| ✓ (304.8) | Polysubstance Dependency | ___ | ___ | ___ | ___ |
| ___ (305.0) | Alcohol Abuse | | | | |
| ___ (305.3) | Opioid Abuse | | | | |
| ___ (305.2) | Marijuana Abuse | | | | |
| ___ (305.6) | Cocaine Abuse | | | | |

___ Other _____  ICD-9 Code _____

___ Other _____  ICD-9 Code _____

___ Other _____  ICD-9 Code _____

3

VIII. Notifications Made:
Name: _Judge Cohen — Project Director_
Name: _____
Name: _____

IX. Continuing Care Needs:
  ✓ Social Support System: _NA AA fellowships_
  __ Comply With Legal Requirements: _____
  __ Follow Up With Mental Health Needs: _____
  __ Housing: _____
  __ Other: _____
  __ Other: _____
  __ Other: _____

X. Continuing Care Recommendation and Arrangements:
  ✓ Attend Self-help _7_ /week.
  ✓ Attend Continuing Care Groups: _once a week at the Village (outpatient)_
  __ Contact Probation Officer: _____
  __ Referral To Mental Health Agency: _____
  __ Housing: _____
  __ Other: _____
  __ Other: _____
  __ Other: _____

XI. Prognosis:
  __ Good   ✓ Fair   __ Guarded   __ Poor

Additional Information:

Signature: _Kenny May CAP_     Date: _8-29-00_
Signature: _[illegible] LCSW / ACSW_     Date: _8/29/00_

T3012836
Rev. 5/95

4