# COURTROOM DEPUTY MINUTES

## UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA

### BEFORE THE HONORABLE PAUL C. HUCK, COURTROOM #6, 10TH FLOOR

2/26/02

**26** Tuesday

**4:30 PM**   SENTENCING

00-6273-CR-HUCK
USA
V.

CARLOS GARCIA (J)61939-004
NO INTERP.

Jeffrey Sloman, AUSA
Albert Levin, Esq.
Tom Felasco, PO

CR: Larry Herr
CRD: Elvis Taveras

FILED by Ed   D.C.
FEB 27 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

DOCKET ENTRY:

- 25 months custody of B.O.P.
- 3 years supervised release
- 100.00 special assessment fee
- Conditions:
  - 150 hours community service per year
  - Drug and alcohol treatment/counseling
  - Financial disclosures to be provided to P.O.
  - Mental health treatment
  - Full time employment
  - No association with organized crime figures