

U.S. Department of Justice

Federal Bureau of Prisons

*Southeast Regional Office*

*Building 2000*
*3800 Camp Creek Parkway, S.W.*
*Atlanta, Georgia 30331-5099*

March 15, 2002

The Honorable Paul C. Huck
United States District Judge
United States District Court
301 N. Miami Avenue
Miami, Florida 33128

RE:   GARCIA, Carlos Enrique
      Reg. No. 61939-004
      Docket No. 00-6273

Dear Judge Huck:

    You recently sentenced the above-named inmate to a term of 25 months for Conspiracy to Engage in Violent Crimes in Aid of Racketeering. At the time of the imposition of sentence, you recommended Mr. Garcia begin service of his sentence at a facility in south Florida.

    In designating an inmate, we must consider several factors including safety and security. In the case of Mr. Garcia, placement at our facility in south Florida would cause a threat to his safety. Therefore, we have designated the Federal Correctional Institution, Jesup, Georgia, as the institution for initial commitment.

    I regret we were unable to comply with your recommendation, but trust you understand our rationale. If you have questions regarding this matter or if we may be of further assistance, please contact me.

                                          Sincerely,

                                          R. E. Holt
                                          Regional Director

cc:   D. L. Hobbs, Warden
      FCI, Jesup

"Sensitive Limited Official Use Only"