```
                    UNITED STATES DISTRICT COURT      FILED by _____ D.C.
                    SOUTHERN DISTRICT OF FLORIDA       APPEAL
                       FORT LAUDERDALE DIVISION
                                                        NOV 2 7 2002
                    CASE NO. 00-6273-CR-HUCK/BROWN
                                                       CLARENCE MADDOX
                                                       CLER., U.S. DIST. CT.
                                                       S.D. OF FLA. MIAMI
```

UNITED STATES OF AMERICA,           MIAMI, FLORIDA

        Plaintiff,           NOVEMBER 6, 2000

v.

ANTHONY TRENTACOSTA, et al.

        Defendants.

TRANSCRIPT OF STATUS CONFERENCE
BEFORE THE HONORABLE PAUL C. HUCK,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:   LAWRENCE D. LaVECCHIO, ESQ.
                      Assistant U.S. Attorneys
                      500 East Broward Boulevard, Suite 700
                      Ft. Lauderdale, FL  33394
                      954/356-7255

FOR DEFENDANT:        RICHARD HOULIHAN, ESQ.
  TRENTACOSTA:


FOR DEFENDANT:        FRED HADDAD, ESQ.
  MASSARO:            One Financial Plaza
                      Ft. Lauderdale, FL  33394
                      954/467-6767


FOR DEFENDANT         JEFFREY D. WEINKLE, ESQ.
  HERNANDEZ:          One Southeast 2nd Street, Suite 3550
                      Miami, FL  33131 - 305/373-4445

```
 1
    FOR DEFENDANT
 2    MONACO:           THOMAS ALMON, ESQ.

 3
    FOR DEFENDANT
 4    GARCIA:           ALBERT LEVIN, ESQ.

 5
    FOR DEFENDANT
 6    SILVERMAN:        MIKE SMITH, ESQ.

 7

 8
    REPORTED BY:        LARRY HERR, RPR-CM-FCRR-AE
 9                      Official Federal Court Reporter
                        JLK Federal Justice Building
10                      99 Northeast 4th St., Suite 1067
                        Miami, FL  33132 - 305/523-5528
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```