```
 1              UNITED STATES DISTRICT COURT        FILED by _____ D.C.
                SOUTHERN DISTRICT OF FLORIDA        APPEAL
 2                 FORT LAUDERDALE DIVISION            NOV 27 2002

 3            CASE NO. 00-6273-CR-HUCK/BROWN        CLARENCE MADDOX
                                                   CLERK U.S. DIST. CT.
                                                   S.D. OF FLA. - MIAMI
 4       _____
                                         |
 5       UNITED STATES OF AMERICA,       |    MIAMI, FLORIDA
                                         |
 6                    Plaintiff,         |    MARCH 6, 2001
         v.                              |
 7                                       |
         ANTHONY TRENTACOSTA, et al.     |
 8                                       |
                      Defendants.        |
 9       _____x

10
                     TRANSCRIPT OF STATUS CONFERENCE
11               BEFORE THE HONORABLE PAUL C. HUCK,
                    UNITED STATES DISTRICT JUDGE
12
         APPEARANCES:
13
         FOR THE GOVERNMENT:      LAWRENCE D. LaVECCHIO, ESQ.
14                                Assistant U.S. Attorneys
                                  500 East Broward Boulevard, Suite 700
15                                Ft. Lauderdale, FL   33394
                                  954/356-7255
16
         FOR DEFENDANT:           RICHARD HOULIHAN, ESQ.
17         TRENTACOSTA:

18

19       FOR DEFENDANT:           FRED HADDAD, ESQ.
           MASSARO:                One Financial Plaza
20                                Ft. Lauderdale, FL   33394
                                  954/467-6767
21

22       FOR DEFENDANT            JEFFREY D. WEINKLE, ESQ.
           HERNANDEZ:             One Southeast 2nd Street, Suite 3550
23                                Miami, FL   33131 - 305/373-4445

24

25
```

```
 1
     FOR DEFENDANT
 2      RUGGIERO:              THOMAS ALMON, ESQ.

 3
     FOR DEFENDANT
 4      SILVERMAN:             MICHAEL SMITH, ESQ.

 5

 6
     REPORTED BY:              LARRY HERR, RPR-CM-FCRR-AE
 7                             Official Federal Court Reporter
                               JLK Federal Justice Building
 8                             99 Northeast 4th St., Suite 1067
                               Miami, FL  33132 - 305/523-5528
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```