# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

July 17, 2003

Clarence Maddox
Clerk, U.S. District Court
301 N. Miami Avenue
Miami FL 33128

STB

RE: 02-12352-AA    USA v. Frederick J. Massaro
DC DKT NO.: 00-06273 CR-PCH

FILED by ___ D.C.
APPEALS

JUL 2 3 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

Enclosed is a certified copy of an order remanding the referenced appeal for further proceedings.
JURISDICTION OF THIS APPEAL IS BEING RETAINED BY THE ELEVENTH CIRCUIT.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed
to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Shirley Brown (404) 335-6170

Enclosures:

Volume(s) of Record

Box(es) of Exhibits

Envelope(s) of Exhibits

# LIMITED REMAND

CLK-3 (8-2002)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

JUL 1 7 2003

THOMAS K. KAHN
CLERK

------------------------------

No. 02-12352-AA

------------------------------

UNITED STATES OF AMERICA,

                                    Plaintiff-Appellee,

                    versus

FREDERICK J. MASSARO,
ARIEL HERNANDEZ,
ANTHONY TRENTACOSTA,
a.k.a. Tony Pep

                                    Defendants-Appellants.

                --------------------------
    On Appeal from the United States District Court for the
                Southern District of Florida
                --------------------------

BEFORE: TJOFLAT and CARNES, Circuit Judges.

BY THE COURT:

    Appellee's motion to supplement the record on appeal is

currently pending before the Court.  In that motion, Appellee

asks this Court to supplement the record on appeal with the tapes

played to the jury at trial and the corresponding transcripts

reviewed by the jury.  Appellant Hernandez objects to this motion

on the grounds that, because the Court Reporter failed to

transcribe those tapes as they were played to the jury, this

Court will be unable to determine what tapes were actually

played, or to determine when during trial a specific tape was

played to the jury.

To the extent that any of the tapes referenced by Appellee were actually played to the jury, such tapes should be part of the record on appeal.  However, Appellant is also correct in that, without clarification as to what tapes were played and when, this Court will be unable to determine the proper state of the record on appeal.

Accordingly, on its own motion, the Court REMANDS this matter to the District Court on a limited basis for purposes of clarifying the record on appeal, and to determine, if possible, what tapes were played to the jury and when during trial they were played.  The District Court is requested to act on this matter expeditiously.

Appellants Massaro's and Hernandez' motions for extension of time to file their reply briefs are GRANTED.  Appellants' reply briefs will be due on July 28, 2003.

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _Thyle McBurn_
Deputy Clerk
Atlanta, Georgia

2