UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6273-CR-HUCK

FILED BY _____ DKT
03 OCT 29 PM 2:32
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL.-MIAMI

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARLOS GARCIA,

    Defendant.
_____/

### MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

**COMES NOW**, undersigned counsel for CARLOS GARCIA and files this, his Motion for Early Termination of Supervised Release and would state as follows:

1. On February 26, 2002, this Honorable Court sentenced CARLOS GARCIA to a term of imprisonment of 25 months to be followed by a term of supervised release for three (3) years.

2. The sentence imposed was predicated upon a motion being filed by the United States Attorney's office pursuant to Section 5K1.1 of the Federal Sentencing Guidelines. On or about July 2, 2002, Mr. Garcia began his supervised release. He was released from the custody of the Bureau of Prisons on or about the same date. He had initially been arrested in connection with this matter, surrendering to the United States Marshal's Service in or about October of 2000.

3. In addition to the above, the court ordered Mr. Garcia to perform 450 hours of community service. Mr. Garcia has performed all 450 hours of community service as directed by this Honorable Court. Additionally, he has submitted himself for random drug testing and has each

1



United States v. Carlos Garcia
Case No.: 00-6273-CR-HUCK

and every time been determined to be drug free.

Furthermore, he attends N.A. and A.A. meetings on a regular basis to ensure his sobriety.

4. The Defendant is currently residing at 675 Ives Dairy Road, Apartment 415, in Miami. He resides there with his "common law" wife of seven (7) years, Bernadette Horvath and their six (6) year old son, Charles. Additionally, the couple is expecting their second child sometime during the spring of next year. Since his release from imprisonment, Mr. Garcia has been employed by Bel Air Limousine in Hallandale, Florida as a driver. (See letter of reference from Mr. Garcia's employer (Frank Rad) attached hereto). He has performed outstandingly during his period of supervised release. As mentioned previously, he completed all 450 hours of community service as directed by this Honorable Court. There are no other outstanding conditions remaining with respect to his term of supervised release.

5. By way of this motion, the undersigned would be asking that this Court early terminate Mr. Garcia from his period of supervised release.

6. The undersigned has conferred with Jeffrey Sloman, Esq., Assistant United States Attorney who indicates that he must object to this motion, inasmuch as it is the position of the probation office that Mr. Garcia's probation not be terminated. The undersigned has conferred with his client, through probation who indicates it is a matter of policy they must object to this requested relief. Mr. Sloman accordingly indicates that as a matter of his office policy, he must object if in fact as indicated, probation has objected. Accordingly, Mr. Sloman's position is that he must object per

United States v. Carlos Garcia
Case No.: 00-6273-CR-HUCK

his office policy.

**WHEREFORE**, the undersigned would respectfully request that this Honorable Court, nonetheless, grant the foregoing motion.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 20th day of October 2003 to Jeffrey Sloman, Esquire, Assistant United States Attorney, 500 East Broward Boulevard, Seventh Floor, Ft. Lauderdale, Florida 33394.

Respectfully submitted,

Law Office of Albert Z. Levin, P.A.
888 Brickell Avenue, Sixth Floor
Miami, Florida 33131
Telephone: (305) 379-7101
Fax No.: (305) 372-0052

BY: _____
ALBERT Z. LEVIN

3



**LIMOUSINE SERVICE**

October 9, 2003

To Whom It May Concern:

This is to let you know that Carlos Garcia has been a
Excellent employee since July of 2002 and is still here to date.
He has help us out in many ways, when we needed him he was
Always they're for us. He also does office errands when we need him.
He is always at the office on time and is a full time employee. He is always
Available on his regular days off. And is an asset to this company.


Sincerely yours
Frank Rad-Owner

*[signature]*

2952 SW 30 Ave., Pembroke Park, FL 33009
Ph: 954-925-5555  1-800-596-5466  FAX: 954-568-5466