UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK

NIGHT BOX
FILED
NOV 03 2003

CLARENCE MADDOX
CLERK, USDC

UNITED STATES OF AMERICA,

　　　　Plaintiff,

-vs-

CARLOS GARCIA,

　　　　Defendant.
_____/

### GOVERNMENT'S RESPONSE TO GARCIA'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

Comes now the United States of America, by and through its undersigned Assistant United States Attorney, and hereby files its response to the motion for early termination of supervised release filed by defendant Carlos Garcia and states that it defers to the United States Probation Office which objects to early termination of supervised release.

WHEREFORE, the undersigned respectfully requests that this Honorable Court deny the above-mentioned motion.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　MARCOS D. JIMENEZ
　　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

By: _____
　　　JEFFREY H. SLOMAN
　　　Assistant United States Attorney
　　　Florida Bar No. 378879
　　　500 E. Broward Boulevard, Suite 700
　　　Fort Lauderdale, Florida 33394
　　　Telephone: (954) 356-7255x3576
　　　Facsimile: (954) 346-7228

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United States mail November 3, 2003 to: Albert Z. Levin, Esq., 888 Brickell Avenue, 6th Floor, Miami, Florida 3311-2913.

_____
JEFFREY H. SLOMAN
Assistant United States Attorney