UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CARLOS GARCIA,

    Defendant.
_____/



## ORDER ON MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

THIS MATTER is before the Court pursuant to Defendant's Motion for Early Termination of Supervised Release (D.E. #657). After reviewing the motion and responses by the Government and the Probation Officer, it is

ORDERED and ADJUDGED that Defendant's Motion for Early Termination of Supervised Release (**D.E. #657**) is **DENIED**.

DONE and ORDERED in Chambers at Miami, Florida this __ day of November, 2003.

                              PAUL C. HUCK
                              UNITED STATES DISTRICT JUDGE

cc:    Jeffrey Sloman, AUSA (954-346-7228)
       Albert Levin, Esq. (305-372-0052)
       U.S. Probation