PROB 12B                                                              SD/FL PACTS No. 65729
(SD/FL 9/96)



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6273-CR-HUCK

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:  GARCIA, Carlos

Name of Sentencing Judicial Officer: The Honorable Paul C. Huck, United States District Judge, Southern District of Florida, Miami Division

Date of Original Sentence: February 26, 2002

Original Offense:        Conspiracy to Engage in Violent Crimes in Aid of Racketeering, in violation of Title 18, U.S.C. §1959(a)(5), a Class C Felony.

Original Sentence:       Committed to the Custody of the U.S. Bureau of Prisons for a term of 25 months. Upon release from imprisonment, the defendant shall be on supervised release for a term of three (3) years. Special conditions: the defendant shall participate in an approved treatment program for drug and/or alcohol abuse as directed by the U.S. Probation Office; participation may include inpatient/outpatient treatment; the defendant shall participate in an approved inpatient/outpatient mental health treatment program as directed by the U.S. Probation Office; the defendant shall perform 150 hours of community service per year; the defendant shall provide complete financial access to financial information; the defendant shall maintain full -time employment and not be unemployed for a term of more than 30 days; the defendant is prohibited from associating with organized crime figures or families while on supervised release.  Pay $100.00 special assessment fee.

Type of Supervision: Supervised Release            Date Supervision Commenced: July 2, 2002

## PETITIONING THE COURT

[]       To extend the term of supervision for __ years, for a total term of __ years.
[X]      To modify the conditions of supervision as follows:

**The defendant shall enter and successfully complete an approved program for anger control management, domestic violence and/or parenting skill training class, at the defendant's expense, as directed by the U.S. Probation Office.**

## CAUSE

1.       <u>Violation of Mandatory Condition</u>, by failing to refrain from violation of the law.  On or about March 30, 2004, in Miami-Dade County, Florida, the defendant was arrested by the Miami-Dade Police Department and charged with Aggravated Battery, contrary to Florida Statute 784.045(1)(b).

PROB 12B                                                           SD/FL PACTS No. 65729
(SD/FL 9/96)

The police report indicated that on March 30, 2004, at approximately 5:00 a.m., Miami-Dade Police Officers Johnson and Edwards responded to a 911 call at 675 NE 205 Terrace, Miami, Florida. Upon their arrival, they came into contact with the defendant and Bernadette Harvath, who is the paramour of the defendant and with whom she currently has a six year old child. Ms. Harvath is also approximately seven months pregnant with their second child.

The victim Bernadette Harvath advised the police that she and the defendant had been having ongoing disputes concerning the defendant staying out late. Ms. Harvath indicated that earlier that evening she and the defendant had gone out for an evening together and had a few drinks. While at the food establishment, they became involved in a heated dispute.

The victim advised that after returning home, the defendant hit her in the face and she pushed him away. The defendant then struck the victim hitting her on her left hip, leaving a six inch scratch and fresh bruise. The victim had then called 911 indicating that she was afraid of the defendant. The victim then wrote a statement and photos of the injuries were taken. The defendant was then arrested for aggravated battery and taken to the Dade County Jail.

The Aggravated Battery charge was "No Action" by the Miami-Dade County State Attorney's Office on April 16, 2004. Contact was also made with the defendant's paramour, Bernadette Harvath, who is the victim in this case. Ms. Harvath advises that the Aggravated Battery never took place, and that she and the defendant had gotten into a heated argument wherein she had called the police on him because she was mad. She indicated that any injuries on her were as a result of her falling after she had mixed prescription medication and alcohol.

Mr. Garcia has agreed to modify his supervised release to include attending an approved program for anger control management, domestic violence and/or parenting skill training class. Please find the attached Prob 49, Waiver of Hearing Form, for Your Honor's review. If Your Honor is in agreement with the modification, please indicate below.

Respectfully submitted,

by    *[signature]*
William H. Salinas
U.S. Probation Officer
Phone: (305)512-1836
Date: April 21, 2004

THE COURT ORDERS:

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[ ]    Submit a Request for _ Warrant or _ Summons

*officer is to advise the Court immediately of any future domestic violence allegations and request a warrant and hearing*

_____
Signature of Judicial Officer

*April 23, 2004*
_____
Date

PROB 49 .
(3/89)

SD/FL PACTS #65729

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall enter and successfully complete an approved program for anger control management, domestic violence and/or parenting skill training class, at the defendant's expense, as directed by the U.S. Probation Office.

Witness: _____
U.S. Probation Officer
William H. Salinas

Signed: _____
Supervised Releasee
Carlos Garcia

April 21, 2004
Date