UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARLOS GARCIA,

    Defendant.
_____/



## CARLOS GARCIA'S RENEWED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

COMES NOW, undersigned counsel for CARLOS GARCIA and files this, his Renewed Motion for Early Termination of Supervised Release and would state as follows:

1. On February 26, 2002, this Honorable Court sentenced CARLOS GARCIA to a term of imprisonment of 25 months to be followed by a term of supervised release for three (3) years.

2. The sentence imposed was predicated upon a motion being filed by the United States Attorney's office pursuant to Section 5K1.1 of the Federal Sentencing Guidelines. On or about July 2, 2002, Mr. Garcia began his supervised release. He was released from the custody of the Bureau of Prisons on or about the same date. He had initially been arrested in connection with this matter, having surrendered to the United States Marshal's Service in or about October of 2000.



UNITED STATES v. CARLOS GARCIA
CASE NO. 00-6273-CR-HUCK

3. As pointed out to the Court in the Defendant's initial Motion for Early Termination of Supervised Release, as part of the Defendant's Sentence, the Defendant was ordered to perform 450 hours of community service. Mr. Garcia has performed all 450 hours of community service as directed by this Honorable Court. Additionally, he has submitted himself for random drug testing and has each and every time been determined to be drug free. Furthermore, although not a condition of his supervised release, he regularly attends narcotics anonymous and alcoholics anonymous meetings. On November 14, 2003, this Honorable Court denied Defendant's initial Motion for Early Termination of Supervised Release.

4. As stated in the Defendant's initial Motion for Early Termination of Supervised Release, the Defendant has two (2) children with his "common law" wife of seven (7) years, Bernadette Horvath. Mr. Garcia has a seven year son Charles Garcia and a daughter, Briana, born June 18, 2004. Mr. Garcia maintains a loving relationship with his children and sees them on a daily basis, although they reside with the mother. Mr. Garcia resides with his mother, Ada Garcia, at 1021 S.W. 12th Avenue, Miami, Florida 33130. During his supervised release, Mr. Garcia has been employed by Bel Air Limousine in Hallandale, Florida as a driver. (See letter attached hereto from the Defendant's former employer Mr. Frank Rad). Currently, Mr. Garcia is employed as a home inspector and sales representative by Integrity Plus Inspections whose office is located at 2000 South Dixie Highway, Suite 100. His employer is Carlos Leon.

UNITED STATES v. CARLOS GARCIA
CASE NO. 00-6273-CR-HUCK

5.      On or about March 30, 2004, Mr. Garcia was involved in an incident with Ms. Horvath. As a result of said incident, the investigating officer decided to remove Mr. Garcia from the residence as a result of certain allegations, later determined to be false. (The officer determined that it would be in the couple's best interest to remove Mr. Garcia instead of Ms. Horvath in that she was pregnant).

6.      The case was referred for prosecution and Mr. Garcia successfully completed the Advocate program on or about June 2, 2004. Ultimately, the charges pending against Mr. Garcia were dismissed. (See letter attached from Advocate program indicating notice of successful termination).

7.      Furthermore, prior to the Defendant's incarceration on the instant case, Mr. Garcia had been involved in Dependency proceedings with respect to his son Charles Garcia. With respect to said proceedings, certain conditions were placed upon Mr. Garcia which he completed. (See attached letters from the University of Miami's Strengthening Family's Research Program, as well as a certificate of participation evidencing Mr. Garcia's participation in said Program).

8.      On about April 21, 2004, Mr. Garcia agreed to certain modifications in the conditions of his supervised release and has complied with said modification by completing the aforementioned programs.

9.  Also attached hereto is a copy of the case history concerning the Dependency proceeding indicating that on September 15, 2004, the case was closed.

10. In the past year, Mr. Garcia has made tremendous strides with respect to improving his life. He has sought and gained employment in a better job which enables him to support his two young children in a more substantial fashion. Furthermore, it cannot be impressed that the incident involving Ms. Horvath was instigated by her as a result of her dependency on alcohol and prescription medication and was not provoked by Mr. Garcia in any way, shape or form. It is the opinion of the undersigned that Mr. Garcia has fully complied with all conditions of supervised release and has done so in an exemplary fashion.

11. It is respectfully submitted that this Honorable Court consider all of the above, including Mr. Garcia's complete acceptance of responsibility with respect to this case noting the fact that when the Defendant learned that he had been indicted with respect to this matter he voluntarily surrendered to the U.S. Marshall's Service and immediately began to assist in this investigation. It is respectfully submitted that this Honorable Court should successfully terminate him at this time or in the alternative, modify the Defendant's supervised release to conclude prior to its scheduled termination date of July 2, 2005.

12. The undersigned has conferred with Jeffrey Sloman, Esq., Assistant United States Attorney, who per office policy must take the position that is taken by the probation office. Finally, the undersigned has conferred with the Defendant's supervised release officer, William H. Salinas, who, per Department policy, objects to the relief sought herein.

UNITED STATES v. CARLOS GARCIA
CASE NO. 00-6273-CR-HUCK

WHEREFORE, the undersigned would respectfully request that this Honorable Court, nonetheless, grant the foregoing motion.

I CERTIFY that a true and correct copy of the foregoing was furnished to Jeffrey Sloman, Esquire, Assistant United States Attorney, 99 N.E. 4th Street, Miami, Florida 33130 by U.S. Mail on October 29, 2004.

ALBERT Z. LEVIN, P.A.
888 Brickell Avenue
Sixth Floor
Miami, Florida 33131
(305) 379-7101 Telephone
(305) 372-0052 Facsimile
Florida Bar No. 316581

By _____
    ALBERT Z. LEVIN



U.S. Mail and Street Address:
Linda Ray Intervention Center
Department of Psychology
750 N.W. 15 Street
Miami, Florida 33136

Interdepartmental Address:
Linda Ray Intervention Center
Department of Psychology
P.O. Box 016960 (M826)
Miami, Florida 33101

September 1st, 2004

To Whom It May Concern:

Mr. Carlos Garcia is participating in our Strengthening Families Research Program at the Linda Ray Intervention Center, University of Miami. We are currently on Session 12 of Strengthening Families. Mr. Garcia has missed only one session due to bad weather. We will complete the parenting program on September 8th, 2004.

Strengthening Families is an evidence-based parenting program for families affected by parental substance abuse and their children between the ages of 6 and 12 years of age. Funding for the program comes from the Department of Health and Human Services, Substance Abuse and Mental Health Services Administration.

The Strengthening Families intervenes with both parents and children for 14 weekly sessions. This program is more skills based and provides opportunities for families to practice skills learned.

If you have any questions, please do not hesitate to call me at (305) 325-1818 ext 328.

Sincerely,

Sylvia K. Goncz, Ms. Ed
Program Coordinator for the
Nurturing and Strengthening Families Program
Linda Ray Intervention Center, University of Miami

Linda Ray Intervention Center
Department of Psychology
305-325-1818 • Fax 305-325-1151

# STRENGTHENING FAMILIES
## Family Skills Program



### CERTIFICATE OF PARTICIPATION

# Carlos Garcia

has participated in **13 sessions** of the 14-week Strenghening Families Program at the Linda Ray Intervention Center

(Mr. Garcia missed one session due to bad weather, excused absence)

_____
Group Facilitators

_____
Project Director





October 9, 2003

To Whom It May Concern:

This is to let you know that Carlos Garcia has been a
Excellent employee since July of 2002 and is still here to date.
He has help us out in many ways, when we needed him he was
Always they're for us. He also does office errands when we need him.
He is always at the office on time and is a full time employee. He is always
Available on his regular days off. And is an asset to this company.

Sincerely yours
Frank Rad-Owner

2952 SW 30 Ave., Pembroke Park, FL 33009
Ph: 954-925-5555  1-800-596-5466  FAX: 954-568-5466

| | | |
|---|---|---|
| IN THE CIRCUIT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR DADE COUNTY, FLORIDA | | |
| JUVENILE DIVISION | CASE HISTORY | CASE NUMBER 00-15057 |
| IN THE INTEREST OF: Garcia Charles | | CLOCK IN |

| DATE | TYPE OF HEARING | ACTION |
|---|---|---|
| 7-19-01 | (KK) | Affidavit from father filed. Grant Term of Supr. Order dne |
| 5-25-04 | Rpt by DCF | Mtn to re-open case per father set for 6-1-04 @ 9:30am |
| 6-1-04 | Status | Reset 7-13-04 @ 9:30 Atty's agreed. |
| 7-13-04 | Status | fa present, Re-open case only as to fa's task. Re-appt'd Russell Shepherd for fa who's present. Reset 9-7-04 @ 9:30 on fa's task from case plan. |
| 9-7-04 | Case plan fa | Fa & atty present. Completed some task from case plan. Reset for proof of cert. from program. 9-15-04 @ 9:30. |
| 9-15-04 | Status | Fa present filed proof of completion. Case closed. |

1KJCT 572 REV. 4/95



**P R O G R A M,  I N C.**
5040 NW 7th Street 3rd Floor
MIAMI, FL. 33126
(305) 704-0200

June 02, 2004

## **NOTICE OF SUCCESSFUL TERMINATION**

RE: CARLOS E. GARCIA
    65729

Dear,

The above named defendant was referred to us by you on April 26, 2004. The defendant has complied with all requirements of the Program. Therefore, the defendant has been successfully terminated from the Program. If you have any questions, please feel free to contact me at the phone number above or by fax at (305) 649-8419.

Thank you,

CRISTINA FOLTA
Counselor
Advocate Program, Inc.