

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,
     Plaintiff,

vs.

CARLOS GARCIA,
     Defendant.

_____/

## ORDER ON DEFENDANT'S RENEWED MOTION
## FOR EARLY TERMINATION OF SUPERVISED RELEASE

THIS MATTER is before the Court pursuant to Defendant's Renewed Motion for Early

Termination of Supervised Release (D.E. #686). The Court has reviewed the Motion, the United

States Probation Officer's Response and pertinent portions of the record. The Court finds that

Defendant has not shown a sufficient basis for early termination of his supervised release. To the

contrary, while Defendant's early completion of his community service is commendable, it

appears to the Court that full completion of Defendant's supervised release is in the best interest

of Defendant and the community. Accordingly, it is

ORDERED and ADJUDGED that Defendant's Renewed Motion for Early Termination

of Supervised Release (**D.E. #686**) is **DENIED**.

DONE and ORDERED in Chambers at Miami, Florida this ⁴ᵗʰ day of November, 2004.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc:    Jeffrey Sloman, AUSA (954-346-7228)
       Albert Levin, Esq. (305-372-0052)
       William Salinas, U.S. Probation Officer