PROB 12C
(SD/FL 9/96)

SD/FL PACTS No. 65729

FILED by _____ D.C.

FEB 0 2 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6273-CR-HUCK</u>

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: GARCIA, Carlos

Name of Sentencing Judicial Officer: The Honorable Paul C. Huck, United States District Judge, Southern District of Florida, Miami Division.

Date of Original Sentence: February 26, 2002

Original Offense:   Conspiracy to Engage in Violent Crimes in Aid of Racketeering, in violation of Title 18, U.S.C. §1959(a)(5), a Class C Felony.

Original Sentence:   Committed to the Custody of the U.S. Bureau of Prisons for a term of twenty five (25) months. Upon release from imprisonment, the defendant shall be on supervised release for a term of three (3) years. Special conditions: The defendant shall participate in an approved treatment program for drug and/or alcohol abuse as directed by the U.S. Probation Office. Participation may include inpatient/outpatient treatment. The defendant shall participate in an approve impatient/outpatient mental health treatment program as directed by the U.S. Probation Office. The defendant shall perform 150 hours of community service per year. The defendant shall provide complete financial access to financial information. The defendant shall maintain full-time employment and not be unemployed for a term of more than 30 days. The defendant is prohibited from associating with organized crime figures or families while on supervised release. On April 21, 2004 the Court modified the conditions to include that the defendant enter and successfully complete an approved program for anger management, domestic violence, and/or parenting skills training class at the defendant's expense, as directed by the U.S. Probation Officer.

Type of Supervision: Supervised Release

Date Supervision Commenced: July 2, 2002

Assistant U.S. Attorney:
Lawrence D. LaVecchio, Jerry Sloman
500 East Broward Boulevard
Seventh Floor
Fort Lauderdale, Florida 33394
(954) 356-7255

Defense Attorney:
Albert Z. Levin
888 Brickell Avenue
Sixth Floor
Miami, Florida 33131
(305) 379-7101

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

PROB 12C
(SD/FL 9/96)                                                                                                 SD/FL PACTS No. 65729

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about January 8, 2005, in Miami-Dade County, Florida, the supervised releasee did commit the offense of Simple Battery contrary to Florida Statute 784.03 and was arrested by the Miami-Dade Police Department on January 27, 2005. |
| 2. | **Violation of Mandatory Condition** by unlawfully possessing or using a controlled substance. On or about January 19, 2005 the supervised releasee, submitted a urine specimen which tested positive for the presence of cocaine in our local laboratory; and subsequently confirmed positive by by Scientific Testing Laboratories, Inc. |

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be revoked.
[ ]   extended for ___ years, for a total term of ___ years.
[ ]   The conditions of supervision should be modified as follows:


                                                    Respectfully submitted,

                                          by        *[signature]*
                                                    William H. Salinas
                                                    U.S. Probation Officer
                                                    Phone: (305) 424-2454
                                                    Date: January 28, 2004

---

THE COURT ORDERS:

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision

                                                    *[signature]*
                                                    Signature of Judicial Officer

                                                    February 2, 2005
                                                    Date