


# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
        Plaintiff
   -vs-

CASE NUMBER: CR: 00-6273-CR-HUCK

REPORT COMMENCING CRIMINAL ACTION

Carlos Garcia
        Defendant

USMS NUMBER: 61939-004

FILED by ____ D.C.
MAG. SEC.
FEB 16 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

TO: CLERK'S OFFICE  (MIAMI)  FT. LAUDERDALE  W. PALM BEACH
U.S. DISTRICT COURT  (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARNACE IN MAGISTRATES COURT ABOVE.

---

COMPLETE ALL ITEMS. INFORMAION NOT APPLIOCABLE ENTER N/A.

1) DATE AND TIME OF ARREST: 2/15/05   6:30  (AM)  PM

2) LANGUAGE SPOKEN: English + Spanish

3) OFFENSE(S) CHARGED: Probation Violation

4) DATE OF BIRTH: 11/14/66

TYPE OF CHARGING DOCUMENT: (CHECK ONE)
{ } INDICTMENT  { } COMPLAINT TO BE FILED/ALREADY FILED
{ } BENCH WARRANT FOR FAILURE TO APPEAR
{✓} PROBATION VIOLATION WARRANT
{ } PAROLE VIOLATION WARRANT
ORINGINATING DISTRICT: S/F (Miami)

REMARKS: ____

DATE: 2/15/05   (8) ARRESTING OFFICER: Amat
AGENCY: USMS   (10) PHONE: 305-536-4628
COMMENTS: ____