CASE NUMBER   00-6273-CR-HUCK

INTERPRETER REQUIRED IN CASE

FILED by _____ D.C.
MAG. SEC.

FEB 15 2

CLARENCE M°
CLERK U.S. DI°
S.D. OF FLA.

FOREIGN LANGUAGE   SPANISH

DEFENDANT(S)   CARLOS GARCIA

