UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

v.

CARLOS GARCIA

NOTICE OF PERMANENT APPEARANCE AS COUNSEL OF RECORD

FILED by _____ D.C.
MAG. SEC. ✓
FEB 15 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

COMES NOW ALBERT Z. LEVIN, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is/are presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 16 and the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: 2/15/05

Attorney ALBERT Z. LEVIN
Address 844 Brickell Ave Ste 604
City Miami   State FL   Zip Code 33131
Telephone (305) 379-7101
Florida Bar Number 516581

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

_____

_____

_____