UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CARLOS GARCIA,

    Defendant.
_____/

### NOTICE SETTING FINAL REVOCATION HEARING

PLEASE TAKE NOTICE that a Final Revocation hearing for the above named defendant will be held on **Wednesday, March 9, 2005 at 10:00 a.m.** before the Honorable Paul C. Huck, United States District Judge, 99 NE 4th Street, Tenth Floor, Courtroom 6, Miami, Florida 33132.

DATED:    March 2, 2005

                                                  Genevieve McGee
                                                Courtroom Deputy to the Honorable
                                                Paul C. Huck

cc:    Jeffrey Sloman, AUSA (954-356-7230)
        Lisa Anne Hirsch, AUSA (305-530-7976)
        Albert Levin, Esq. (305-372-0052)
        William Salinas, U.S. Probation Officer

