PROB 19                                                                                       SD/FL PACTS No. 65729

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6273-CR-HUCK

Certified to be a true and correct copy of the original. Clarence Maddox, Clerk, U.S. District Court Southern District of Florida
By _____
Deputy Clerk
Date 2-2-05

U.S.A. vs GARCIA, Carlos

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

### WARRANT FOR ARREST OF PROBATIONER

You are hereby commanded to arrest the within-named probationer and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her probation imposed by the court.

| NAME OF PROBATIONER | SEX | RACE | AGE |
|---|---|---|---|
| GARCIA, CAROLS | MALE | WHITE | 38 |

| ADDRESS (STREET,CITY,STATE) |
|---|
| 1021 SW 12 AVE, MIAMI, FL 33130 |

| PROBATION IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| U.S. DISTRICT COURTS | 02/26/2002 |

| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE) |
|---|
| U.S. DISTRICT COURT, MIAMI, FLORIDA |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| CLARENCE MADDOX | [signature] | February 2, 2005 |

### RETURN

| Warrant received and executed. | DATE RECEIVED 2/2/05 | DATE EXECUTED 2/15/05 |
|---|---|---|

| EXECUTING AGENCY (NAME AND ADDRESS) |
|---|
| USMS Miami, Fl |

| NAME Christina Pharo, US Marshal S/D FL | (BY) Stephanie Perez, SDUSm | DATE 2/15/05 |
|---|---|---|

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for Southern District of Florida ;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

