UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JUDGE PAUL C. HUCK MINUTES OF SUPERVISED RELEASE VIOLATION HEARING

DATE: March 9, 2005              CASE NUMBER: 00-6273-CR-HUCK

DEFENDANT: CARLOS GARCIA         COUNSEL: Albert Levin, Esq.

AUSA: Alexandra Jojin and Eric Morales    PROB. OFFICER: William Salinas

CLERK: Genevieve McGee           CT REPORTER: Patricia Sanders

---

✓ Supervised Release Revocation Hearing Held;

____ Supervised Release Revocation Hearing continued to _____ @ _____
     at the request of government/defendant.

✓ Defendant admits violation of Supervised Release; (# 2)

____ Defendant denies violation of Supervised Release;

✓ Court finds defendant violated terms of supervised release;

____ Court fails to find defendant violated terms of supervised release;

____ Court defers ruling;

____ Case taken under advisement:

____ Bond pending appeal set at $_____;

MISC: Sup. Rel Revoked Credit Time Served followed by a term of Sup. Release Through July 1, 2006.

SENTENCING

_____ SENTENCING CONTINUED TO: _____ @ _____

SENTENCING TEXT: _____

commenced: _____     Terminated: _____

