UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6273-CR-HUCK

THE UNITED STATES OF AMERICA

    Plaintiff,

v.

CARLOS GARCIA,

    Defendant.

_____/

## MOTION FOR DISCHARGE AND RETURN OF BOND

COMES NOW, undersigned counsel for Defendant, CARLOS GARCIA, and files this, his Motion for Discharge and Return of Bond and states as follows:

1. Defendant, CARLOS GARCIA's, supervised released status was modified by this Court on March 9, 2005 and accordingly, no further proceedings with respect to this matter are scheduled.

2. Accordingly, the undersigned would respectfully request that this Court enter an order discharging the bond and returning the proceeds posted with the Clerk of this Court to the depositor, the undersigned, with interest.

WHEREFORE, the undersigned would respectfully request that this Honorable Court grant the foregoing Motion.



I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via facsimile ( ) and/or U.S. Mail (✓) this 11th day of March, 2005, to: Jeffrey Sloman, Esquire, Assistant United States Attorney, 99 N.E. 4th Street, Miami, Florida 33128.

ALBERT Z. LEVIN, P.A.
888 Brickell Avenue
Sixth Floor
Miami, Florida 33131
(305) 379-7101 Telephone
(305) 372-0052 Facsimile
Florida Bar No. 316581

By _____
ALBERT Z. LEVIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6273-CR-HUCK

THE UNITED STATES OF AMERICA

    Plaintiff,

v.

CARLOS GARCIA,

    Defendant.
_____/

## ORDER RETURNING BOND TO DEPOSITOR

THIS MATTER came on to be heard on Defendant's Motion for Discharge and Return of Bond and the Court after reviewing the Motion and being otherwise fully advised it is hereby

ORDERED AND ADJUDGED: as follows:

1. That the bond posted in connection with the above styled cause is hereby **DISCHARGED.**

2. That the monies deposited in connection with said bond be returned to the depositor, Albert Z. Levin, Esquire, with interest, forthwith.

DONE AND ORDERED in Chambers, at Miami, Miami-Dade County, Florida this ___ day of March, 2005.

                                                _____
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:
counsel of record