UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6273-CR-HUCK



THE UNITED STATES OF AMERICA

    Plaintiff,

v.

CARLOS GARCIA,

    Defendant.

_____/

### ORDER RETURNING BOND TO DEPOSITOR

THIS MATTER came on to be heard on Defendant's Motion for Discharge and Return of Bond and the Court after reviewing the Motion and being otherwise fully advised it is hereby

ORDERED AND ADJUDGED: as follows:

1. That the bond posted in connection with the above styled cause is hereby **DISCHARGED.**

2. That the monies deposited in connection with said bond be returned to the depositor, Albert Z. Levin, Esquire, with interest, forthwith.

DONE AND ORDERED in Chambers, at Miami, Miami-Dade County, Florida this 24 day of March, 2005.

                                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:
counsel of record
Financial Section

705