00-6273-CR HUCK


2005 APR -7 AM 8:24

No further action required by
the U.S. Marshals Service.

Christina Pharo
UNITED STATES MARSHAL

by: _____
SDUSM Edward Purchase  T. MCDERMOTT


707

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,　　　CASE NO: 00-6273-CR-HUCK

　　　　Plaintiff,

vs.

CARLOS GARCIA,
Reg. No. 61939-004,
DOB: 11/14/66

　　　　Defendant.
_____/



## JUDGMENT AND COMMITMENT
## UPON REVOCATION OF SUPERVISED RELEASE
(for Offenses Committed on or after November 1, 1987)

It appearing to the Court that on February 26, 2002, the Defendant was sentenced in the Southern District of Florida, Miami Division, to a term of twenty-five (25) months imprisonment after the Defendant plead guilty. It was further ordered that the Defendant serve a supervised release term of three (3) years. The Defendant admitted guilt to having violated conditions of supervision.

The Defendant having now been duly brought before this Court for hearing on March 9, 2005, upon the Petition of the Probation Officer for Revocation, and it further appearing that the Defendant violated his condition of supervised release by:

1) Unlawfully possessing or using a controlled substance. On or about January 19, 2005 the supervised releasee submitted a urine specimen which tested positive for the presence of cocaine in our local laboratory; and subsequently confirmed positive by Scientific Testing Laboratories, Inc.

The Defendant voluntarily admitted to having violated his condition of supervision. The Court having made a finding that the defendant has violated his conditions of supervised release and upon stipulation by the parties, it is therefore

**ORDERED AND ADJUDGED** that the supervised release term heretofore imposed be and