UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CARLOS GARCIA,

    Defendant.
_____/

### ORDER ON DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

THIS MATTER is before the Court pursuant to Defendant, Carlos Garcia's Motion for Early Termination of Supervised Release. After reviewing the motion, it is

ORDERED and ADJUDGED that Defendant, Carlos Garcia's Motion for Early Termination of Supervised Release is **GRANTED**.

DONE and ORDERED in Chambers at Miami, Florida this 21 day of December, 2005.

                                                          _____
                                                          PAUL C. HUCK
                                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:
Jeffrey Sloman, AUSA
Albert Z. Levin, Esq.
Kelly Cutright, U.S. Probation Officer

